| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS** |
| Case number (if known): _____  Chapter **11** |

☐ Check if this is an amended filing

Official Form 201

**Voluntary Petition for Non-Individuals Filing for Bankruptcy** 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**  
   Highpoint Lifehope SPE, LLC

2. **All other names debtor used in the last 8 years**  
   aka Highpoint; aka Honan Property Management - Highpoint
   
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  
   8 2 – 4 3 0 8 0 4 8

4. **Debtor's address**

   **Principal place of business**
   
   **11680 Great Oaks Way**  
   Number  Street  
   **Suite 120**
   
   **Alpharetta**  **GA**  **30022**  
   City  State  ZIP Code
   
   **Fulton**  
   County

   **Mailing address, if different from principal place of business**
   
   _____  
   Number  Street
   
   _____  
   P.O. Box
   
   _____  
   City  State  ZIP Code
   
   **Location of principal assets, if different from principal place of business**
   
   **8401 Data Point Drive**  
   Number  Street  
   **Suite 450**
   
   **San Antonio**  **TX**  **78229**  
   City  State  ZIP Code

5. **Debtor's website (URL)**  RichmondHonan.com

6. **Type of debtor**  
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Debtor **Highpoint Lifehope SPE, LLC** _____  Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [x] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [ ] None of the above

B. Check all that apply:

- [ ] Tax-exempt entity (as described in 26 U.S.C. § 501)
- [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- [ ] Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

   _5_  _3_  _1_  _1_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Check one:

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11.  Check all that apply:
   - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   - [ ] The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   - [ ] A plan is being filed with this petition.
   - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
   - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- [ ] Chapter 12

Debtor **Highpoint Lifehope SPE, LLC** _____   Case number (if known) _____

| | | |
|---|---|---|
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____ When _____ Case number _____<br>                               MM / DD / YYYY<br>         District _____ When _____ Case number _____<br>                               MM / DD / YYYY<br>         District _____ When _____ Case number _____<br>                               MM / DD / YYYY |
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.  Debtor _____ Relationship _____<br>         District _____ When _____<br>                                          MM / DD / YYYY<br>         Case number, if known _____<br><br>         Debtor _____ Relationship _____<br>         District _____ When _____<br>                                          MM / DD / YYYY<br>         Case number, if known _____ |
| 11. | **Why is the case filed in _this district_?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

Debtor **Highpoint Lifehope SPE, LLC**     Case number (if known) _____

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
|---|---|---|

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number   Street

_____

_____ _____ _____
City                                   State       ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
          Contact name _____
          Phone _____

### Statistical and adminstrative information

| 13. | **Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|---|

| 14. | **Estimated number of creditors** | ☐ 1-49<br>☑ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|

| 15. | **Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☑ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

| 16. | **Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☑ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

Debtor **Highpoint Lifehope SPE, LLC**     Case number (if known) _____

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/22/2022**
MM / DD / YYYY

X **/s/ Scott C. Honan**
Signature of authorized representative of debtor

**Scott C. Honan**
Printed name

**Manager**
Title

**18. Signature of attorney**

X **/s/ Natalie F. Wilson**     Date **08/22/2022**
Signature of attorney for debtor     MM / DD / YYYY

**Natalie F. Wilson**
Printed name

**Langley & Banack, Inc.**
Firm name

**745 E Mulberry Ave, Suite 700**
Number    Street

_____

**San Antonio**     **TX**     **78212**
City     State     ZIP Code

**(210) 736-6600**     **nwilson@langleybanack.com**
Contact phone     Email address

**24076779**     **TX**
Bar number     State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Highpoint Lifehope SPE, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Small Business Financial Solutions<br>Rapid Finance<br>4500 East West Highway 6th Fl<br>Bethesda MD 20814 | | Business debt | | | | $187,084.62 |
| 2 | Flow Therapy<br>Med-Tech Construction<br>2500 West Freeway Ste 200<br>Ft Worth TX 76102 | | Business debt | | | | $183,850.00 |
| 3 | Lipscomb & Pitts Insurance<br>2670 Union Ave Extended<br>Suite 100<br>Memphis TN 38112 | | Insurance | | | | $150,946.88 |
| 4 | Bexar County Tax Assessor<br>P.O. Box 839950<br>San Antonio, TX 78283-3950 | | Taxes | | | | $112,520.89 |
| 5 | Newco Capital Group VI LLC<br>1 Whitehall Street Ste 200<br>New York, NY 10004 | | Business debt | | | | $112,166.00 |

Official Form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims      page 1

Debtor **Highpoint Lifehope SPE, LLC**  Case number (if known) _____
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | Transwestern Commercial Services Attn Commission Accounting 2300 Nroth Field St. Ste 2000 | | Business debt | | | | $42,800.28 |
| 7 | San Antonio Water System PO Box 2990 San Antonio< TX 78299-2990 | | Business debt | | | | $35,316.87 |
| 8 | South Texas Radiology PO Box 29441 San Antonio, TX 78229 | | Vacated tenant deposit | | | | $23,205.88 |
| 9 | Orion Client Services, LLC 17721 Rogers Ranch Pkwy Suite 100 San Antonio,TX 78258 | | Business debt | | | | $21,689.00 |
| 10 | Homann Developement Services 10722 Sentinel St. San Antonio< TX 78217 | | Vendor | | | | $19,289.87 |
| 11 | Family Endeavors, Inc. Attn: Accounting 6363 DeZavla Rd San Antonio TX 78249 | | Vacated Tenant Deposit | | | | $16,250.00 |
| 12 | MLC Landscaping Co,Inc. 14618 Jones Maltsberger Rd San Antonio TX 78247 | | Business debt | | | | $14,202.40 |
| 13 | Simplex Grinnell Johnson Controls Fire Proetec Dept CH 10320 Palatine IL 60055 | | Business debt | | | | $13,420.14 |

Debtor **Highpoint Lifehope SPE, LLC**　　　Case number (if known) _____
　　　　　Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | Lawton Commerical Services LP  PO Box 1179  McKinney TX 75070 | | Vendor | | | | $9,961.28 |
| 15 | Marvin F. Poer & CO  PO Box 674300  Dallas TX 75267-4300 | | Vendor | | | | $9,112.66 |
| 16 | AmeriTex Elevator Texas, LLC  12050 Crownpoint Dr.  San Antonio, TX 78233 | | Vendor | | | | $7,717.50 |
| 17 | University Health Systems  4502 Medical Drive MS # 107-1  San Antonio, TX 78229 | | Vacated tenant deposit | | | | $6,420.00 |
| 18 | A.J. Monier Service O.  1446 N. Flores St.  San Antonio, TX 78212 | | Vendor | | | | $6,023.58 |
| 19 | Matera Paper Company Inc.  835 North WW White Rd  San Antonio,TX 78219 | | Vendor | | | | $5,255.82 |
| 20 | Century Electric  5712 Mobud  San Antonio,TX 78238 | | Vendor | | | | $5,246.88 |

Official Form 204　　**Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**　　page 3

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

IN RE: **Highpoint Lifehope SPE, LLC**            CASE NO

                                                  CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  8/22/2022                    Signature  /s/ Scott C. Honan
                                              *Scott C. Honan*
                                              *Manager*

Date _____              Signature _____

```
101 Mobility San Antoio
dba Bach Mobility LLC
12500 Network Blvd Ste 101
San Anonio, TX 78249


A.J. Monier Service O.
1446 N. Flores St.
San Antonio, TX 78212


Advanced Terperature Control LLC
P.O. Box 1126
Helotes, TX 78023


AmeriTex Elevator Texas, LLC
12050 Crownpoint Dr.
San Antonio, TX 78233


Arrow Key Service
4322 Vance Jackson Rd.
San Antonio TX 78230


Automated Logic Contracting
555 East Ramsey Rd.
San Antonio TX 75216


BBA, LLC
Attn: Cris Craft
20501 Katy Freeway, Suite 212
Katy, Texas 77450


Bexar County Tax Assessor
P.O. Box 839950
San Antonio, TX  78283-3950


Bill Powell Home Improvement
9315 Pinkerton Way
San Antonio, TX 78254-5324
```

BrandSafway Solutions, LLC
dba/Big City
1018 AT&T Center Parkway
San Antonio, TX 78219

Capital One
First Mortgage
Kasia Dobrzanska, Senior Director
77W. Wacker Drive, 10th Floor
Chicago, IL 60601

Catapult Health LLC
5294 Belt Line Rd. Ste 200
Dallas TX 75254

Century Electric
5712 Mobud
San Antonio,TX 78238

Century Pest Control, Inc.
1335 Basse Rd.
San Antonio, TX 78212

Clifford Power Systems, Inc.
Dpt. 1754
Tulsa, OK 74182

Coastline LTD
428 South Main St. Suite B-103
Davidson NC 28036

CPS Energy
PO Box 4349
Carol Stream, IL 60197-4349

CT Corporation
PO Box 4349
Carol Stream IL 60197-4349

```
Facility Solutions Group
3003 NE Loop 410 Ste 103
San Antonio, TX 78218


Family Endeavors, Inc.
Attn: Accounting
6363 DeZavla Rd
San Antonio TX 78249


Flow Therapy
Med-Tech Construction
2500 West Freeway Ste 200
Ft Worth TX 76102


Grainger
4924 NW Loop 410
San Antonio, TX 78229-5312


HD Supply Facilities Maintenance
PO Box 509058
San Diego CA 92150-9058


Health Trust Workforce
9725 Datapoint Drive
San Antonio, TX 78229


Homann Developement Services
10722 Sentinel St.
San Antonio< TX 78217


Hunter-Kelsey of Texas, LLC
7200 N. Mopac Blvd. Suite 120
Austin, TX 78731


ICJ Group Services
9130 Warp Drive
San Antonio, TX 78254
```

```
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA   19101-7346




Johnson Controls Inc.
District 492
1070 Arion Cir
San Antonio, TX 78216-2839



JPM Building Systems
1115 Shady Lane
Austin, TX 78721




Kerch Services, LLC
9130 Warp Dr.
San Antoni, TX 78254




Lawton Commerical Services LP
PO Box 1179
McKinney TX 75070




Lipscomb & Pitts Insurance
2670 Union Ave Extended
Suite 100
Memphis TN 38112


Logix Fiber Networks
P.O. Box 734120
Dallas< TX 75373-4120




Lynne Klein
110 Viewpoint Drive E
Boerne, TX 78006




M&M Metals
103 Braniff Drive
San Antonio, TX 78216
```

Marvin F. Poer & CO
PO Box 674300
Dallas TX 75267-4300


Matera Paper Company Inc.
835 North WW White Rd
San Antonio,TX 78219


MLC Landscaping Co,Inc.
14618 Jones Maltsberger Rd
San Antonio TX 78247


Morrison Supply Company
10130 Jones Maltsberger
San Antonio,TX 78216


Newco Capital Group VI LLC
1 Whitehall Street Ste 200
New York, NY 10004


Orion Client Services, LLC
17721 Rogers Ranch Pkwy
Suite 100
San Antonio,TX 78258


PDG Maintenance Services
24165 IH 10 West
San Antonio, TX


San Antonio Water System
PO Box 2990
San Antonio< TX 78299-2990


Service Mechanical Group LLC
11011 Wye St.
San Antonio, TX 78217

```
Simplex Grinnell
Johnson Controls Fire Proetec
Dept CH 10320
Palatine IL 60055


Small Business Financial Solutions
Rapid Finance
4500 East West Highway 6th Fl
Bethesda MD 20814


South Texas Radiology
PO Box 29441
San Antonio, TX 78229


Team Viewer Germany GMbH
PO Box 743135
Atlanta GA


TefftNet, Inc. / IMPAK
9575 Katy Fwy, Ste 360
Houston< TX 77024


Texas Dept of Licensing & Reg
PO Box 12157
Autin, TX 78711-2157


Texas Public Radio Corp
Irma & Emilio Nicolas Media Ctr
321 W Commerce St.
San Antonio TX 78205


The Filter Man LLC
18924 E. Industrial Pkwy
New Caney< TX 77357


Transwestern Commercial Services
Attn Commission Accounting
2300 Nroth Field St. Ste 2000
Dallas, TX 75201
```

University Health Systems
4502 Medical Drive MS #107-1
San Antonio, TX 78229


US Attorney General
Main Justice Bldg., #5111
10th & Constitutional Ave., NW
Washington, DC  20530


Woodbranch Highpoint, LLC
4265 San Felipe St Ste 550
Houston, TX 77027-3019


WRICO Corporation
9783 Loop 106
San Antonio,TX 78263