IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HIGHPOINT LIFEHOPE SPE, LLC, | § | Chapter 11 |
| | § | Case No. 22-50929-MMP |
| Debtor. | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL NOTICES, PLEADINGS AND ORDERS

TO ALL PARTIES, PLEASE TAKE NOTICE THAT:

The undersigned hereby appears as counsel to Capital One, National Association ("Capital One"), in the above-captioned, Chapter 11 case of Highpoint Lifehope SPE, LLC ("Debtor"), and pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010, requests that all notices given or required to be given in this case, and all papers served or required to be served in the case, be served upon Capital One by and through service on the following counsel:

Jay H. Ong, Esq.
Jamil N. Alibhai, Esq.
**MUNSCH HARDT KOPF & HARR, P.C.**
1717 West 6th Street, Suite 250
Austin, Texas 78703
Telephone: 512.391.6100
Facsimile: 512.391.6149
jong@munsch.com
jalibhai@munsch.com

-and-

John A. Harris, Esq.
Robert P. Harris, Esq.
**QUARLES & BRADY LLP**
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone: 602.229.5200
john.harris@quarles.com
robert.harris@quarles.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, but is not limited to, all pleadings, orders, notices, and other papers referred to in any rule of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, order, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone or otherwise.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby further requests that the Debtor and its counsel, any official committee, trustee or examiner appointed in the case, the United States Trustee, the Clerk of the Court, and all parties filing a notice of appearance herein place the undersigned's name and address, as counsel to Capital One, on any mailing matrix to be prepared or existing in the above referenced case.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance is not intended to be, and shall not constitute, a waiver of strict service in connection with any adversary proceeding related to this case, and shall not constitute a waiver of any: (i) right to have final orders in non-core matters entered only after de novo review by a District Court judge; (ii) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related in this case; (iii) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Capital One is or may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Respectfully submitted:

**MUNSCH HARDT KOPF & HARR, P.C.**

By:    */s/ Jay H. Ong*
    Jay H. Ong
    Texas Bar No. 24028756
    John Cornwell
    Texas Bar No. 24050450
    Jamil N. Alibhai
    Texas Bar No. 00793248
    1717 West 6th Street, Suite 250
    Austin, Texas 78703
    Telephone: 512.391.6100
    Facsimile: 512.391.6149
    Email: jong@munsch.com
    Email: jcornwell@munsch.com
    Email: jalibhai@munsch.com

-and-

**QUARLES & BRADY LLP**

    John A. Harris
    Arizona Bar No. 014459
    (PHV motion pending)
    Robert P. Harris
    Arizona Bar No. 011523
    (PHV motion pending)
    One Renaissance Square
    Two North Central Avenue
    Phoenix, Arizona 85004-2391
    Telephone: 602.229.5200
    Email: john.harris@quarles.com
    Email: robert.harris@quarles.com

*Counsel for Capital One, National Association*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 24th day of August, 2022, I personally caused to be served a true and correct copy of the above and foregoing document, by electronically filing it with the Court using the Court's CM/ECF system, which sent notification to all parties of interest receiving notice in this case through the CM/ECF system, including specifically on the following parties, via email:

  Natalie F. Wilson
  Langley & Banack, Inc
  Trinity Plaza II, Suite 700
  745 East Mulberry
  San Antonio, TX 78212-3166
  Email: nwilson@langleybanack.com

  *Counsel for the Debtor*

                */s/ Jay H. Ong*
                Jay H. Ong