IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| In re:<br><br>HIGHPOINT LIFEHOPE SPE, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 22-50929-MMP |

### MOTION FOR ADMISSION *PRO HAC VICE*

John A. Harris ("Applicant"), moves this court to grant admission to the United States Bankruptcy Court for the Western District of Texas, *pro hac vice*, to represent Capital One, National Association in this case and respectfully represents to the Court as follows:

1. Applicant is an attorney and a member of the law firm of Quarles & Brady LLP with offices at:

> One Renaissance Square
> Two North Central Avenue
> Phoenix, Arizona 85004-2391
> Telephone: 602-229-5406
> Facsimile:  602-229-5690
> E-mail:  john.harris@quarles.com

2. Since October 1992, Applicant has been, and presently is, a member of and in good standing with the Bar of the State of Arizona.  Applicant's Arizona bar license number is 014459.

3. Applicant has been admitted to practice before the following state and federal courts:

| Court: | Admission Date: |
|---|---|
| Arizona Supreme Court | 1992 |
| United States District Court, District of Arizona | 1992 |
| United States Court of Appeals for the Fourth Circuit | 1996 |
| United States Court of Appeals for the Ninth Circuit | 2001 |
| United States District Court, District of Colorado | 2005 |

QB\75447867.1

4.  Applicant is presently in good standing of the bars of said courts listed above, and is not currently suspended or disbarred in any other court, except as provided below (*list any court in the preceding paragraph before which Applicant is no longer admitted to practice*):  None.

5.  Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below: None.

6.  Applicant is eligible to practice in the Bankruptcy Court.

7.  Applicant has read and is familiar with the Local Rules of the Western District of Texas Bankruptcy Court and is subject to all rules of practice of the U.S. District Court of the Western District of Texas and will comply with the standards of practice set forth therein.

8.  Applicant has not requested admission *pro hac vice* in the Bankruptcy Court for the Western District of Texas in the preceding twelve months.

WHEREFORE, Applicant respectfully requests that this Court enter an order permitting the admission of John A. Harris to the United States Bankruptcy Court for the Western District of Texas *pro hac vice* for this case only.

RESPECTFULLY SUBMITTED this 24th day of August, 2022.

**QUARLES & BRADY LLP**

By: */s/ John A. Harris*
John A. Harris
Arizona Bar No. 014459
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone: 602-229-5406
Facsimile:  602-229-5690
Email: john.harris@quarles.com

*Counsel for Capital One, National Association*

-and-

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Jay H. Ong*
    Jay H. Ong
    Texas Bar No. 24028756
    John Cornwell
    Texas Bar No. 24050450
    Jamil N. Alibhai
    Texas Bar No. 00793248
    1717 West 6th Street, Suite 250
    Austin, Texas 78703
    Telephone: 512.391.6100
    Facsimile: 512.391.6149
    jong@munsch.com
    jcornwell@munsch.com
    jalibhai@munsch.com

*Counsel for Capital One, National Association*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on this 24th day of August, 2022, I personally caused to be served a true and correct copy of the above and foregoing document on the parties receiving notice in this case via the Court's ECF filing system, by filing same through such system.

    */s/ Jay H. Ong*
    Jay H. Ong

QB\75447867.1