# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHPOINT LIFEHOPE SPE, LLC, | Case No. 22-50929-MMP |
| Debtor. | |

## ORDER

Upon the Motion for Admission *Pro Hac Vice* (the "Motion") filed by John A. Harris ("Applicant") for this Court to grant admission to the United States Bankruptcy Court for the Western District of Texas, *pro hac vice*, to represent Capital One, National Association in this case, and the Court having reviewed the Motion, and good and sufficient cause having been shown; ACCORDINGLY,

IT IS ORDERED that the Motion is GRANTED, and Applicant may appear on behalf of Capital One, National Association in this case.

This order shall not be considered admission to practice generally before this Court or the United States District Court for the Western District of Texas.

###

QB\75450419.1

Respectfully submitted by:

By:    */s/ Jay H. Ong*
    Jay H. Ong
    Texas Bar No. 24028756
    John Cornwell
    Texas Bar No. 24050450
    Jamil N. Alibhai
    Texas Bar No. 00793248
    1717 West 6th Street, Suite 250
    Austin, Texas 78703
    Telephone: 512.391.6100
    Facsimile: 512.391.6149
    jong@munsch.com
    jcornwell@munsch.com
    jalibhai@munsch.com

*Counsel for Capital One, National Association*