**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHPOINT LIFEHOPE SPE, LLC, | Case No. 22-50929-MMP |
| Debtor. | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Robert P. Harris ("Applicant"), moves this court to grant admission to the United States Bankruptcy Court for the Western District of Texas, *pro hac vice*, to represent Capital One, National Association in this case and respectfully represents to the Court as follows:

1.      Applicant is an attorney and a member of the law firm of Quarles & Brady LLP with offices at:

> One Renaissance Square
> Two North Central Avenue
> Phoenix, Arizona 85004-2391
> Telephone: 602-229-5411
> Facsimile:  602-229-5690
> E-mail:  robert.harris@quarles.com

2.      Since October 1987, Applicant has been, and presently is, a member of and in good standing with the Bar of the State of Arizona.  Applicant's Arizona bar license number is 011523.

3.      Applicant has been admitted to practice before the following state and federal courts:

| Court: | Admission Date: |
|---|---|
| Arizona Supreme Court | 1987 |
| United States District Court, District of Arizona | 1987 |
| United States Court of Appeals for the Ninth Circuit | 2013 |

4.      Applicant is presently in good standing of the bars of said courts listed above, and is not currently suspended or disbarred in any other court, except as provided below (*list any court in the preceding paragraph before which Applicant is no longer admitted to practice*):  None.

5.      Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below: None.

6.      Applicant is eligible to practice in the Bankruptcy Court.

7.      Applicant has read and is familiar with the Local Rules of the Western District of Texas Bankruptcy Court and is subject to all rules of practice of the U.S. District Court of the Western District of Texas and will comply with the standards of practice set forth therein.

8.      Applicant has not requested admission *pro hac vice* in the Bankruptcy Court for the Western District of Texas in the preceding twelve months.

WHEREFORE, Applicant respectfully requests that this Court enter an order permitting the admission of John A. Harris to the United States Bankruptcy Court for the Western District of Texas *pro hac vice* for this case only.

RESPECTFULLY SUBMITTED this 24th day of August, 2022.

**QUARLES & BRADY LLP**

By:    */s/ Robert P. Harris*
        Robert P. Harris
        Arizona Bar No. 011523
        One Renaissance Square
        Two North Central Avenue
        Phoenix, Arizona 85004-2391
        Telephone: 602-229-5411
        Facsimile:  602-229-5690
        Email: robert.harris@quarles.com

*Counsel for Capital One, National Association*

-2-

-and-

**MUNSCH HARDT KOPF & HARR, P.C.**

By:   */s/ Jay H. Ong*
       Jay H. Ong
       Texas Bar No. 24028756
       John Cornwell
       Texas Bar No. 24050450
       Jamil N. Alibhai
       Texas Bar No. 00793248
       1717 West 6th Street, Suite 250
       Austin, Texas 78703
       Telephone: 512.391.6100
       Facsimile: 512.391.6149
       jong@munsch.com
       jcornwell@munsch.com
       jalibhai@munsch.com

*Counsel for Capital One, National Association*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 24th day of August, 2022, I personally caused to be served a true and correct copy of the above and foregoing document on the parties receiving notice in this case via the Court's ECF filing system, by filing same through such system.

       */s/ Jay H. Ong*
       Jay H. Ong

QB\75448660.1