**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 24, 2022.**

_____
**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHPOINT LIFEHOPE SPE, LLC, | Case No. 22-50929-MMP |
| Debtor. | |

### ORDER

Upon the Motion for Admission *Pro Hac Vice* (the "Motion") filed by John A. Harris ("Applicant") for this Court to grant admission to the United States Bankruptcy Court for the Western District of Texas, *pro hac vice*, to represent Capital One, National Association in this case, and the Court having reviewed the Motion, and good and sufficient cause having been shown; ACCORDINGLY,

IT IS ORDERED that the Motion is GRANTED, and Applicant may appear on behalf of Capital One, National Association in this case.

This order shall not be considered admission to practice generally before this Court or the United States District Court for the Western District of Texas.

### ###

Respectfully submitted by:

By: _____/s/ Jay H. Ong_____
Jay H. Ong
Texas Bar No. 24028756
John Cornwell
Texas Bar No. 24050450
Jamil N. Alibhai
Texas Bar No. 00793248
1717 West 6th Street, Suite 250
Austin, Texas 78703
Telephone: 512.391.6100
Facsimile: 512.391.6149
jong@munsch.com
jcornwell@munsch.com
jalibhai@munsch.com

*Counsel for Capital One, National Association*

QB\75450419.1