| Information to identify the case: | | |
|---|---|---|
| Debtor | Highpoint Lifehope SPE, LLC<br>Name | EIN: 82–4308048 |
| United States Bankruptcy Court | Western District of Texas | Date case filed for chapter: 11  8/22/22 |
| Case number: | 22–50929–mmp | |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case          10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Highpoint Lifehope SPE, LLC | |
| 2. | **All other names used in the last 8 years** | aka Highpoint, aka Honan Property Management – Highpoint | |
| 3. | **Address** | 11680 Great Oaks Way, Suite 120<br>Alpharetta, GA 30022 | |
| 4. | **Debtor's attorney**<br>Name and address | Natalie F. Wilson<br>Langley & Banack, Inc<br>Trinity Plaza II, Suite 700<br>745 East Mulberry<br>San Antonio, TX 78212–3166 | Contact phone (210) 736–6600<br><br>Email: nwilson@langleybanack.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. See Court website for electronic filing information: www.txwb.uscourts.gov. | 615 E. HOUSTON STREET, ROOM 597<br>SAN ANTONIO, TX 78205 | Hours open:<br>Monday – Friday 8:00 AM – 4:00 PM<br><br>Contact phone (210) 472–6720<br><br>Date: 8/23/22 |
| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **September 23, 2022 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Phone:(866)909–2905; Code: 5519921#** |

**For more information, see page 2 >**

Debtor **Highpoint Lifehope SPE, LLC**     Case number **22–50929–mmp**

| | | |
|---|---|---|
| **7. Proof of claim deadline** | **Deadline for filing proof of claim:** | |
| | **For all creditors (except a governmental unit):** | 12/22/22 |
| | **For a governmental unit:** | Provided in Fed. R. Bankr. P. 3002 (c)(1)): *not later than 180 days after the date of the order for relief)* |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated;*<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| **8. Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:** | _____ |
| **9. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **10. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| **11. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 22-50929-mmp |
| Highpoint Lifehope SPE, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-5 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 23, 2022 | Form ID: 309F1 | Total Noticed: 61 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+ Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^ Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\# Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Highpoint Lifehope SPE, LLC, 11680 Great Oaks Way, Suite 120, Alpharetta, GA 30022-2458 |
| 18357022 | + | 101 Mobility San Antoio, dba Bach Mobility LLC, 12500 Network Blvd Ste 101, San Anonio, TX 78249-3308 |
| 18357023 | + | A.J. Monier Service O., 1446 N. Flores St., San Antonio, TX 78212-4997 |
| 18357024 | + | Advanced Terperature Control LLC, P.O. Box 1126, Helotes, TX 78023-1126 |
| 18357025 | + | AmeriTex Elevator Texas, LLC, 12050 Crownpoint Dr., San Antonio, TX 78233-5362 |
| 18357026 | + | Arrow Key Service, 4322 Vance Jackson Rd., San Antonio TX 78230-5321 |
| 18357027 | + | Automated Logic Contracting, 555 East Ramsey Rd., San Antonio TX 78216-4640 |
| 18357028 | + | BBA, LLC, Attn: Cris Craft, 20501 Katy Freeway, Suite 212, Katy, Texas 77450-1942 |
| 18357029 | | Bexar County Tax Assessor, P.O. Box 839950, San Antonio, TX 78283-3950 |
| 18357030 | | Bill Powell Home Improvement, 9315 Pinkerton Way, San Antonio, TX 78254-5324 |
| 18357031 | + | BrandSafway Solutions, LLC, dba/Big City, 1018 AT&T Center Parkway, San Antonio, TX 78219-3110 |
| 18357038 | | CPS Energy, PO Box 4349, Carol Stream, IL 60197-4349 |
| 18357032 | + | Capital One, First Mortgage, Kasia Dobrzanska, Senior Director, 77W. Wacker Drive, 10th Floor, Chicago, IL 60601-1632 |
| 18357033 | + | Catapult Health LLC, 5294 Belt Line Rd. Ste 200, Dallas TX 75254-7571 |
| 18357034 | + | Century Electric, 5712 Mobud, San Antonio,TX 78238-1819 |
| 18357035 | + | Century Pest Control, Inc., 1335 Basse Rd., San Antonio, TX 78212-1009 |
| 18357036 | + | Clifford Power Systems, Inc., Dpt. 1754, Tulsa, OK 74182-0001 |
| 18357037 | + | Coastline LTD, 428 South Main St. Suite B-103, Davidson NC 28036-7063 |
| 18357040 | + | Facility Solutions Group, 3003 NE Loop 410 Ste 103, San Antonio, TX 78218-1552 |
| 18357041 | + | Family Endeavors, Inc., Attn: Accounting, 6363 DeZavla Rd, San Antonio TX 78249-2103 |
| 18357042 | + | Flow Therapy, Med-Tech Construction, 2500 West Freeway Ste 200, Ft Worth TX 76102-5851 |
| 18357043 | | Grainger, 4924 NW Loop 410, San Antonio, TX 78229-5312 |
| 18357044 | | HD Supply Facilities Maintenance, PO Box 509058, San Diego CA 92150-9058 |
| 18357045 | + | Health Trust Workforce, 9725 Datapoint Drive, San Antonio, TX 78229-2384 |
| 18357046 | + | Homann Developement Services, 10722 Sentinel St., San Antonio< TX 78217-3814 |
| 18357047 | + | Hunter-Kelsey of Texas, LLC, 7200 N. Mopac Blvd. Suite 120, Austin, TX 78731-3058 |
| 18357048 | + | ICJ Group Services, 9130 Warp Drive, San Antonio, TX 78254-2134 |
| 18357051 | + | JPM Building Systems, 1115 Shady Lane, Austin, TX 78721-3024 |
| 18357050 | # | Johnson Controls Inc., District 492, 1070 Arion Cir, San Antonio, TX 78216-2839 |
| 18357052 | + | Kerch Services, LLC, 9130 Warp Dr., San Antoni, TX 78254-2134 |
| 18357053 | + | Lawton Commerical Services LP, PO Box 1179, McKinney TX 75070-8148 |
| 18357054 | + | Lipscomb & Pitts Insurance, 2670 Union Ave Extended, Suite 100, Memphis TN 38112-4416 |
| 18357055 | | Logix Fiber Networks, P.O. Box 734120, Dallas< TX 75373-4120 |
| 18357056 | + | Lynne Klein, 110 Viewpoint Drive E, Boerne, TX 78006-8964 |
| 18357057 | + | M&M Metals, 103 Braniff Drive, San Antonio, TX 78216-3399 |
| 18357060 | + | MLC Landscaping Co,Inc., 14618 Jones Maltsberger Rd, San Antonio TX 78247-3750 |
| 18357058 | | Marvin F. Poer & CO, PO Box 674300, Dallas TX 75267-4300 |
| 18357059 | + | Matera Paper Company Inc., 835 North WW White Rd, San Antonio,TX 78219-2714 |
| 18357061 | + | Morrison Supply Company, 10130 Jones Maltsberger, San Antonio,TX 78216-4149 |
| 18357062 | + | Newco Capital Group VI LLC, 1 Whitehall Street Ste 200, New York, NY 10004-2109 |
| 18357063 | + | Orion Client Services, LLC, 17721 Rogers Ranch Pkwy, Suite 100, San Antonio,TX 78258-4652 |
| 18357064 | + | PDG Maintenance Services, 24165 IH 10 West, San Antonio, TX 78257-1449 |
| 18357065 | | San Antonio Water System, PO Box 2990, San Antonio< TX 78299-2990 |
| 18357066 | + | Service Mechanical Group LLC, 11011 Wye St., San Antonio, TX 78217-2615 |

22-50929-mmp Doc#10 Filed 08/25/22 Entered 08/25/22 23:19:20 Imaged Certificate of Notice Pg 4 of 5

| District/off: 0542-5 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 23, 2022 | Form ID: 309F1 | Total Noticed: 61 |

| 18357069 | + | South Texas Radiology, PO Box 29441, San Antonio, TX 78229-0441 |
| 18357070 | + | Team Viewer Germany GMbH, PO Box 743135, Atlanta GA 30374-3135 |
| 18357071 | + | TefftNet, Inc. / IMPAK, 9575 Katy Fwy, Ste 360, Houston< TX 77024-1462 |
| 18357072 | | Texas Dept of Licensing & Reg, PO Box 12157, Autin, TX 78711-2157 |
| 18357073 | + | Texas Public Radio Corp, Irma & Emilio Nicolas Media Ctr, 321 W Commerce St., San Antonio TX 78205-2408 |
| 18357074 | + | The Filter Man LLC, 18924 E. Industrial Pkwy, New Caney< TX 77357-3507 |
| 18357075 | | Transwestern Commercial Services, Attn Commission Accounting, 2300 Nroth Field St. Ste 2000, Dallas, TX 75201 |
| 18357076 | + | University Health Systems, 4502 Medical Drive MS #107-1, San Antonio, TX 78229-4402 |
| 18357079 | + | WRICO Corporation, 9783 Loop 106, San Antonio,TX 78263-9731 |
| 18357078 | | Woodbranch Highpoint, LLC, 4265 San Felipe St Ste 550, Houston, TX 77027-3019 |

TOTAL: 54

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|
| aty | Email/Text: nwilson@langleybanack.com | Aug 23 2022 22:03:00 | Natalie F. Wilson, Langley & Banack, Inc, Trinity Plaza II, Suite 700, 745 East Mulberry, San Antonio, TX 78212-3166 |
| ust | + Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Aug 23 2022 22:03:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78295-1601 |
| 18357039 | Email/Text: cls-bankruptcy@wolterskluwer.com | Aug 23 2022 22:03:00 | CT Corporation, PO Box 4349, Carol Stream IL 60197-4349 |
| 18357049 | EDI: IRS.COM | Aug 24 2022 02:03:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 18357067 | + Email/Text: bankruptcy@simplexgrinnell.com | Aug 23 2022 22:03:00 | Simplex Grinnell, Johnson Controls Fire Proetec, Dept CH 10320, Palatine IL 60055-0001 |
| 18357068 | + Email/Text: collections@rapidadvance.com | Aug 23 2022 22:03:00 | Small Business Financial Solutions, Rapid Finance, 4500 East West Highway 6th Fl, Bethesda MD 20814-3327 |
| 18357077 | ^ MEBN | Aug 23 2022 22:00:42 | US Attorney General, Main Justice Bldg., #5111, 10th & Constitutional Ave., NW, Washington, DC 20530-0001 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Aug 25, 2022 | Signature: | /s/Gustava Winters |
|---|---|---|

| District/off: 0542-5 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 23, 2022 | Form ID: 309F1 | Total Noticed: 61 |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Natalie F. Wilson | on behalf of Debtor Highpoint Lifehope SPE LLC nwilson@langleybanack.com, cjohnston@langleybanack.com;sfoushee@langleybanack.com |
| United States Trustee - SA12 | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 2