**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 24, 2022.**



_____
**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHPOINT LIFEHOPE SPE, LLC, | Case No. 22-50929-MMP |
| Debtor. | |

### ORDER

Upon the Motion for Admission *Pro Hac Vice* (the "Motion") filed by John A. Harris ("Applicant") for this Court to grant admission to the United States Bankruptcy Court for the Western District of Texas, *pro hac vice*, to represent Capital One, National Association in this case, and the Court having reviewed the Motion, and good and sufficient cause having been shown; ACCORDINGLY,

IT IS ORDERED that the Motion is GRANTED, and Applicant may appear on behalf of Capital One, National Association in this case.

This order shall not be considered admission to practice generally before this Court or the United States District Court for the Western District of Texas.

### ###

QB\75450419.1

Respectfully submitted by:

By:    */s/ Jay H. Ong*
    Jay H. Ong
    Texas Bar No. 24028756
    John Cornwell
    Texas Bar No. 24050450
    Jamil N. Alibhai
    Texas Bar No. 00793248
    1717 West 6th Street, Suite 250
    Austin, Texas 78703
    Telephone: 512.391.6100
    Facsimile: 512.391.6149
    jong@munsch.com
    jcornwell@munsch.com
    jalibhai@munsch.com

*Counsel for Capital One, National Association*

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 22-50929-mmp |
| Highpoint Lifehope SPE, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-5 | User: admin | Page 1 of 1 |
| Date Rcvd: Aug 24, 2022 | Form ID: pdfintp | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | #+ | John A. Harris, QUARLES & BRADY LLP, One Renaissance Square, Two North Central Avenue, Phoenix, AZ 85004-2322 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 26, 2022        Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jay Ong | on behalf of Creditor Capital One National Association jong@munsch.com, amays@munsch.com;jay-ong-4326@ecf.pacerpro.com |
| Natalie F. Wilson | on behalf of Debtor Highpoint Lifehope SPE LLC nwilson@langleybanack.com, cjohnston@langleybanack.com;sfoushee@langleybanack.com |
| United States Trustee - SA12 | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 3