| **Fill in this information to identify the case** |
| --- |
| Debtor name  **Highpoint Lifehope SPE, LLC** |
| United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS** |
| Case number  **22-50929-mmp**<br>(if known) |

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets -- Real and Personal Property          12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1:   Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes.  Fill in the information below.

|  |  |
| --- | --- |
| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |

2.  **Cash on hand**                                                                                   $0.00

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.  **Capital One** | **Checking account** | **5 9 0 0** | $35,389.13 |
| 3.2.  **Truist** | **Checking account** | **8 7 0 5** | $72.27 |

4.  **Other cash equivalents**     *(Identify all)*

Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $35,461.40 |
| --- |

## Part 2:   Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes.  Fill in the information below.

| Debtor | **Highpoint Lifehope SPE, LLC** | Case number (if known) | **22-50929-mmp** |
|---|---|---|---|
| | Name | | |

**Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                                **$0.00**

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No.  Go to Part 4.
    ☑ Yes.  Fill in the information below.

11. **Accounts receivable**

**Current value of debtor's interest**

11a. 90 days old or less:   **$239,863.65**   –   **$216,577.58**   = ............. ➔   **$23,286.07**
                        face amount          doubtful or uncollectible accounts

11b. Over 90 days old:   **$1,625,373.40**   –   **$1,625,373.40**   = ............. ➔   **$0.00**
                        face amount          doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.          **$23,286.07**

## Part 4:  Investments

13. **Does the debtor own any investments?**

    ☑ No.  Go to Part 5.
    ☐ Yes.  Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| 15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| Name of entity:                        % of ownership: | | |
| 16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| Describe: | | |

17. **Total of Part 4**

    Add lines 14 through 16.  Copy the total to line 83.                            **$0.00**

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No.  Go to Part 6.
    ☑ Yes.  Fill in the information below.

Debtor    **Highpoint Lifehope SPE, LLC**                                      Case number (if known)  **22-50929-mmp**
          Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |
| **Astroturf for tenant improvements** | | $215,000.00 | purchase price | $215,000.00 |

**23. Total of Part 5**
Add lines 19 through 22.  Copy the total to line 84.

> $215,000.00

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____    Valuation method _____    Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **28. Crops--either planted or harvested** | | | | |
| **29. Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | | |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | | |

**33. Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

> $0.00

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
  ☐ No
  ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____    Valuation method _____    Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

| Debtor | **Highpoint Lifehope SPE, LLC** | Case number (if known) | **22-50929-mmp** |
|---|---|---|---|
| | Name | | |

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
- ☑ No.  Go to Part 8.
- ☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39. **Office furniture**

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.

    **$0.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- ☐ No
- ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 8:  Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
- ☑ No.  Go to Part 9.
- ☐ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**
    Add lines 47 through 50.  Copy the total to line 87.

    **$0.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
- ☐ No
- ☐ Yes

| Debtor | **Highpoint Lifehope SPE, LLC** | Case number (if known) | **22-50929-mmp** |
|---|---|---|---|
| | Name | | |

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No
☐ Yes

### Part 9:  Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes.  Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Highpoint Towers Office Buildings at 8401 Datapoint Drive and 8415 Datapoint Drive, San Antonio, TX 78229** | Fee simple 100% | $59,600,000.00 | 2019 Appraisal | $59,600,000.00 |
| 55.2. **Ground Lease 8401 and 8415 Datapoint, San Antonio, TX** | Leasehold | $0.00 | | $0.00 |

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

| $59,600,000.00 |
|---|

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☑ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

### Part 10:  Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** | | | |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **64. Other intangibles, or intellectual property** | | | |

| Debtor | **Highpoint Lifehope SPE, LLC** | Case number (if known) | **22-50929-mmp** |
|---|---|---|---|
| | Name | | |

**65. Goodwill**

**66. Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.

$0.00

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☐ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes.  Fill in the information below.

Current value of
debtor's interest

**71. Notes receivable**

Description (include name of obligor)

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| Net operating losses | Tax year | 2021 | $1,744,966.00 |
|---|---|---|---|

**73. Interests in insurance policies or annuities**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

**75. Other contingent and unliquidated claims or causes of action of every nature,
including counterclaims of the debtor and rights to set off claims**

**76. Trusts, equitable or future interests in property**

**77. Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

**78. Total of Part 11.**
Add lines 71 through 77.  Copy the total to line 90.

$1,744,966.00

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Debtor | **Highpoint Lifehope SPE, LLC** | Case number (if known) | **22-50929-mmp** |
|---|---|---|---|
| | Name | | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$35,461.40** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$23,286.07** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$215,000.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9*.................................➔ | | **$59,600,000.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+ $1,744,966.00** | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | **$2,018,713.47** | + 91b. **$59,600,000.00** |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92...................................................................................... **$61,618,713.47**

| **Fill in this information to identify the case:** |
| --- |

Debtor name **Highpoint Lifehope SPE, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **22-50929-mmp**
(if known)

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1.** Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
| --- | --- |

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A | Column B |
| --- | --- | --- | --- |
|  | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1**

**Creditor's name**
**Bexar County Tax Assessor**

**Creditor's mailing address**
**P.O. Box 839950**

**San Antonio        TX    78283-3950**

**Creditor's email address, if known**

**Date debt was incurred    2021-2022**

**Last 4 digits of account number    ___ ___ ___ ___**

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**
**Real property at 8401 & 8415 Datapoint**

**Describe the lien**
**Statutory tax lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Amount of claim: **$823,380.41**    Value of collateral: **$59,600,000.00**

**1) Bexar County Tax Assessor; 2) FNA VI, LLC; 3) Capital One N.A..**

**Acct. 9885  2021-2022 EST  $485.99**
**Acct. 0181  2022 EST  $411,447.21**
**Acct. 0391  2022 EST  $411,477.21**

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$66,963,401.49**

| Debtor | **Highpoint Lifehope SPE, LLC** | Case number (if known) **22-50929-mmp** |
|---|---|---|

## Part 1: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

|  | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|

### 2.2

**Creditor's name**
**BrandSafway Solutions, LLC**

**Describe debtor's property that is subject to a lien**
**Scaffolding**

$30,459.40   $39,000.00

**Creditor's mailing address**
**dba/Big City**
**1018 AT&T Center Parkway**

**Describe the lien**
**Mechanics lien / Statutory Lien**

**San Antonio          TX    78219**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred    10/21/2021**

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

### 2.3

**Creditor's name**
**Capital One N.A.**

**Describe debtor's property that is subject to a lien**
**Office buildings described below**

$51,196,293.00   $59,600,000.00

**Creditor's mailing address**
**First Mortgage**
**Kasia Dobrzanska, Senior Director**
**77 W. Wacker Drive, 10th Floor**

**Describe the lien**
**First Mortgage**

**Chicago          IL    60601**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred    4/18/2019**

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is specified on lines  **2.1**

**Two office buildings located at 8401 Datapoint Drive and 8415 Datapoint Drive, Bexar County, San Antonio,TX**

| Debtor | **Highpoint Lifehope SPE, LLC** | Case number (if known) | **22-50929-mmp** |

| **Part 1:** | **Additional Page** | | |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.4** Creditor's name
**FNA VI, LLC**

Describe debtor's property that is subject to a lien
**Tax loan**

$1,713,476.72    $59,600,000.00

Creditor's mailing address
**c/o Tara LeDay**

**Chamberlain Hrdlicka**

**1200 Smith St. #1400**

**Houston          TX    77002**

Describe the lien
**Tax lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known
**tara.leday@chamberlainlaw.com**

Date debt was incurred

Last 4 digits of account number      **8   0   4   8**

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes.  Have you already specified the relative priority?

　　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　　☑ Yes.  The relative priority of creditors is specified on lines  **2.1**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.5** Creditor's name
**ICJ Group Services**

Describe debtor's property that is subject to a lien
**real property**

$109,396.59    $0.00

Creditor's mailing address
**9130 Warp Drive**

**San Antonio        TX    78254**

Describe the lien
**Mechanics lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Date debt was incurred    **over months in**

Last 4 digits of account number      ___ ___ ___ ___

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

　　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　　☐ Yes.  The relative priority of creditors is specified on lines  _____

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

| Debtor | **Highpoint Lifehope SPE, LLC** | | Case number (if known) | **22-50929-mmp** |
|---|---|---|---|---|

| **Part 1:** | **Additional Page** | | *Column A*<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | *Column B*<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.6**

| Creditor's name | Describe debtor's property that is subject to a lien | |
|---|---|---|
| **Service Mechanical Group LLC** | | **$90,395.37** | **$0.00** |

Creditor's mailing address
**11011 Wye St.**

**Real property**

Describe the lien
**Mechanics lien**

**San Antonio        TX    78217**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred    **2021**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**2.7**

| Creditor's name | Describe debtor's property that is subject to a lien | |
|---|---|---|
| **Woodbranch Highpoint, LLC** | | **$13,000,000.00** | **$18,000,000.00** |

Creditor's mailing address
**4265 San Felipe St Ste 550**

**Fee property**

Describe the lien
**Fee owner**

**Houston        TX    77027-3019**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred    **4/13/2018**

Last 4 digits of account number    **0    0    C    U**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**99 year ground lessor**

| Debtor | **Highpoint Lifehope SPE, LLC** | Case number (if known) | **22-50929-mmp** |

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed, copy this page.

| Name and address | | | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|---|
| **BBA, LLC** | | | Line __**2.5**__ | ___ ___ ___ ___ |
| **Attn: Cris Craft** | | | | |
| **20501 Katy Freeway, Suite 212** | | | | |
| | | | | |
| **Katy** | **TX** | **77450** | | |
| **Counsel for ICJ Group Services** | | | | |
| **Don Stecker** | | | Line __**2.1**__ | ___ ___ ___ ___ |
| **112 E. Pecan St. Suite 2200** | | | | |
| | | | | |
| | | | | |
| **San Antonio** | **TX** | **78205** | | |
| **Bexar County Taxing Authority** | | | | |
| **Jay H. Ong** | | | Line __**2.3**__ | ___ ___ ___ ___ |
| **Munsch Hardt Kopf & Harr** | | | | |
| **1717 West 6th St., Suite 250** | | | | |
| | | | | |
| **Austin** | **TX** | **78703** | | |
| **Jeff Carruth** | | | Line __**2.7**__ | ___ ___ ___ ___ |
| **Weycer Kaplan Pulaski et al** | | | | |
| **2 Greenway Plaza, Ste 2050** | | | | |
| | | | | |
| **Houston** | **TX** | **77046** | | |
| **John A. Harris** | | | Line __**2.3**__ | ___ ___ ___ ___ |
| **Quarles & Brady LLP** | | | | |
| **Two North Central Av.** | | | | |
| **One Renaissance Sq.** | | | | |
| **Phoenix** | **AZ** | **85004-2391** | | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **Highpoint Lifehope SPE, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | **22-50929-mmp** |

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No.  Go to Part 2.

   ☑ Yes.  Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.

   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,459.79** | **$5,459.79** |

**Alma Rubio**

**8438 Quail Creek #1008**

☐ Contingent
☐ Unliquidated
☐ Disputed

**San Antonio**          **TX**     **78218**

**Basis for the claim:**
**Pre-petition wages**

Date or dates debt was incurred
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(  **4**  )

**Permanent employee**
**Pre-petition wages that did not clear**

Debtor **Highpoint Lifehope SPE, LLC**     Case number (if known) **22-50929-mmp**

| Part 1: | Additional Page |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.2** Priority creditor's name and mailing address       **$4,754.70**      **$4,754.70**

**Cindy Segovia**

**2041 Lyons St**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**San Antonio**     **TX**    **78207**

**Basis for the claim:**
**Pre-petition wages**

Date or dates debt was incurred

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **4** )

**Permanent employee**
**Pre-petition wages that did not clear**

---

**2.3** Priority creditor's name and mailing address       **$5,739.99**      **$5,739.99**

**Colt Himrod**

**24165 I-10 W**

**STE 217 #472**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**San Antonio**     **TX**    **78257**

**Basis for the claim:**
**Pre-petition wages**

Date or dates debt was incurred

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **4** )

**Permanent employee**
**Pre-petition wages that did not clear**

---

**2.4** Priority creditor's name and mailing address       **$420.00**      **$420.00**

**Daniel SanJuan**

**10218 Desert Sands #10202**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**San Antonio**     **TX**    **78216**

**Basis for the claim:**
**Pre-petition wages**

Date or dates debt was incurred

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **4** )

**Wages employee / 8/19/22 payroll**

| Debtor | **Highpoint Lifehope SPE, LLC** | Case number (if known) | **22-50929-mmp** |
|---|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Total claim** | **Priority amount** |
|---|---|---|

**2.5**  **Priority creditor's name and mailing address**

Jenny Gayton

1335 W Hollywood Ave

**Total claim** $420.00   **Priority amount** $420.00

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

San Antonio        TX      78201

**Date or dates debt was incurred**

**Basis for the claim:**
Pre-petition wages

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( __4__ )

Wages employee / 8/19/22 payroll

**2.6**  **Priority creditor's name and mailing address**

Jose Armondo Rodriquez

238 Basswood Dr

**Total claim** $420.00   **Priority amount** $420.00

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

San Antonio        TX      78213

**Date or dates debt was incurred**

**Basis for the claim:**
Pre-petition wages

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( __4__ )

Wages employee

**2.7**  **Priority creditor's name and mailing address**

Lynne Klein

110 Viewpoint Drive E

**Total claim** $3,548.39   **Priority amount** $3,548.39

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Boerne        TX      78006

**Date or dates debt was incurred**

**Basis for the claim:**
Pre-petition wages

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( __4__ )

Building manager

| Debtor | **Highpoint Lifehope SPE, LLC** | Case number (if known) | **22-50929-mmp** |

---

| **Part 1:** | **Additional Page** |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total claim** | **Priority amount** |

**2.8**  Priority creditor's name and mailing address

**Maria Guadalupe Gamino**

**12222 Blanco Rd #1901**

**San Antonio**          **TX**     **78216**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

**Wages employee / 8/19/22 payroll**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Pre-petition wages**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**Total claim $420.00**   **Priority amount $420.00**

**2.9**  Priority creditor's name and mailing address

**Ricardo Gonzalez**

**5235 Glen Ridge Dr #3104**

**San Antonio**          **TX**     **78229**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

**Wages employee / 8/19/22 payroll**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Pre-petition wages**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**Total claim $420.00**   **Priority amount $420.00**

**2.10**  Priority creditor's name and mailing address

**Samuel Gallegos**

**10202 Desert Sands St #H26**

**San Antonio**          **TX**     **71216**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

**Wages employee / 8/19/22 payroll**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Pre-petition wages**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**Total claim $420.00**   **Priority amount $420.00**

Debtor  **Highpoint Lifehope SPE, LLC** _____  Case number (if known)  **22-50929-mmp** _____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.**  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| **3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$674.71** |
|---|---|---|---|

**101 Mobility San Antoio**

**dba Bach Mobility LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

**12500 Network Blvd Ste 101**

**San Antonio**          **TX**     **78249**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Basis for the claim:**

**Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$2,351.75** |
|---|---|---|---|

**A.J. Monier Service**

**1446 N. Flores St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**San Antonio**          **TX**     **78212**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Basis for the claim:**

**Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$538.00** |
|---|---|---|---|

**Advanced Temperature Control LLC**

**P.O. Box 1126**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Helotes**          **TX**     **78023**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Basis for the claim:**

**Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$7,717.50** |
|---|---|---|---|

**AmeriTex Elevator Texas, LLC**

**12050 Crownpoint Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**San Antonio**          **TX**     **78233**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Basis for the claim:**

**Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **Highpoint Lifehope SPE, LLC** | Case number (if known) | **22-50929-mmp** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.5** Nonpriority creditor's name and mailing address

Arrow Key Service

4322 Vance Jackson Rd.

San Antonio          TX     78230

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Vendor

Is the claim subject to offset?
☒ No
☐ Yes

$1,662.30

---

**3.6** Nonpriority creditor's name and mailing address

Automated Logic Contracting

555 East Ramsey Rd.

San Antonio          TX     75216

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Vendor

Is the claim subject to offset?
☒ No
☐ Yes

$821.62

---

**3.7** Nonpriority creditor's name and mailing address

Bill Powell Home Improvement

9315 Pinkerton Way

San Antonio          TX     78254-5324

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Vendor

Is the claim subject to offset?
☒ No
☐ Yes

$1,506.84

---

**3.8** Nonpriority creditor's name and mailing address

Catapult Health LLC

5294 Belt Line Rd. Ste 200

Dallas          TX     75254

Date or dates debt was incurred     6/21/2021

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
Security Deposit

Is the claim subject to offset?
☒ No
☐ Yes

$3,166.67

---

| Debtor | **Highpoint Lifehope SPE, LLC** | Case number (if known) | **22-50929-mmp** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.9** Nonpriority creditor's name and mailing address

**Century Electric**

**5712 Mobud**

San Antonio            TX        78238

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☒ No
☐ Yes

**$5,246.88**

---

**3.10** Nonpriority creditor's name and mailing address

**Century Pest Control, Inc.**

**1335 Basse Rd.**

San Antonio            TX        78212

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☒ No
☐ Yes

**$281.44**

---

**3.11** Nonpriority creditor's name and mailing address

**Clifford Power Systems, Inc.**

**Dpt. 1754**

Tulsa            OK        74182

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☒ No
☐ Yes

**$2,150.14**

---

**3.12** Nonpriority creditor's name and mailing address

**Coastline LTD**

**428 South Main St. Suite B-103**

Davidson            NC        28036

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☒ No
☐ Yes

**$967.78**

---

| Debtor | **Highpoint Lifehope SPE, LLC** | Case number (if known) | **22-50929-mmp** |

---

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.13** Nonpriority creditor's name and mailing address

**CPS Energy**

**PO Box 4349**

Carol Stream      IL    60197-4349

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$5,000.00**

---

**3.14** Nonpriority creditor's name and mailing address

**CT Corporation**

**PO Box 4349**

Carol Stream      IL    60197-4349

Date or dates debt was incurred

Last 4 digits of account number  6  9  3  6

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$5,000.00**

---

**3.15** Nonpriority creditor's name and mailing address

**Facility Solutions Group**

**3003 NE Loop 410 Ste 103**

San Antonio      TX    78218

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$1,197.52**

---

**3.16** Nonpriority creditor's name and mailing address

**Family Endeavors, Inc.**

**Attn: Accounting**

**6363 DeZavla Rd**

San Antonio      TX    78249

Date or dates debt was incurred  6/01/2021

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Basis for the claim:  **Security Deposit**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$16,250.00**

---

| Debtor | **Highpoint Lifehope SPE, LLC** | Case number (if known) | **22-50929-mmp** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| **3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$183,850.00** |

Flow Therapy

Med-Tech Construction

2500 West Freeway Ste 200

☐ Contingent
☐ Unliquidated
☐ Disputed

| Ft Worth | TX | 76102 |

**Basis for the claim:**
Business debt

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| **3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$405.14** |

Grainger

4924 NW Loop 410

☐ Contingent
☐ Unliquidated
☐ Disputed

| San Antonio | TX | 78229-5312 |

**Basis for the claim:**
Vendor

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| **3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$694.20** |

HD Supply Facilities Maintenance

PO Box 509058

☐ Contingent
☐ Unliquidated
☐ Disputed

| San Diego | CA | 92150-9058 |

**Basis for the claim:**
Vendor

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| **3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,780.00** |

Health Trust Workforce

9725 Datapoint Drive

☑ Contingent
☑ Unliquidated
☑ Disputed

| San Antonio | TX | 78229 |

**Basis for the claim:**
Security Deposit

Date or dates debt was incurred    5/31/2022

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **Highpoint Lifehope SPE, LLC**                                      Case number (if known)  **22-50929-mmp**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                      **Amount of claim**

---

| 3.21 | Nonpriority creditor's name and mailing address |
|---|---|

**Homann Developement Services**

**10722 Sentinel St.**

**San Antonio**          **TX**     **78217**

Date or dates debt was incurred

Last 4 digits of account number        __ __   __ __   __ __   __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$19,289.87**

---

| 3.22 | Nonpriority creditor's name and mailing address |
|---|---|

**Johnson Controls Inc.**

**District 492**

**1070 Arion Cir**

**San Antonio**          **TX**     **78216-2839**

Date or dates debt was incurred

Last 4 digits of account number        __ __   __ __   __ __   __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,055.59**

---

| 3.23 | Nonpriority creditor's name and mailing address |
|---|---|

**JPM Building Systems**

**1115 Shady Lane**

**Austin**          **TX**     **78721**

Date or dates debt was incurred

Last 4 digits of account number        __ __   __ __   __ __   __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,800.00**

---

| 3.24 | Nonpriority creditor's name and mailing address |
|---|---|

**Kerch Services, LLC**

**9130 Warp Dr.**

**San Antonio**          **TX**     **78254**

Date or dates debt was incurred

Last 4 digits of account number        __ __   __ __   __ __   __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$610.07**

---

| Debtor | **Highpoint Lifehope SPE, LLC** | Case number (if known) | **22-50929-mmp** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.25 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Lawton Commerical Services LP**

**PO Box 1179**

**McKinney**            **TX**       **75070**

Date or dates debt was incurred

Last 4 digits of account number            __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$9,961.28**

---

| 3.26 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Lipscomb & Pitts Insurance**

**2670 Union Ave Extended**

**Suite 100**

**Memphis**            **TN**       **38112**

Date or dates debt was incurred

Last 4 digits of account number            __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Insurance**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$150,946.88**

---

| 3.27 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Logix Fiber Networks**

**P.O. Box 734120**

**Dallas**            **TX**       **75373-4120**

Date or dates debt was incurred

Last 4 digits of account number            __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$963.86**

---

| 3.28 | **Nonpriority creditor's name and mailing address** |
|---|---|

**M&M Metals**

**103 Braniff Drive**

**San Antonio**            **TX**       **78216**

Date or dates debt was incurred

Last 4 digits of account number            __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

| Debtor | **Highpoint Lifehope SPE, LLC** | Case number (if known) | **22-50929-mmp** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.29** Nonpriority creditor's name and mailing address

**Marvin F. Poer & CO**

**PO Box 674300**

**Dallas**         **TX**      **75267-4300**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$9,112.66**

**3.30** Nonpriority creditor's name and mailing address

**Matera Paper Company Inc.**

**835 North WW White Rd**

**San Antonio**         **TX**      **78219**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,255.82**

**3.31** Nonpriority creditor's name and mailing address

**MLC Landscaping Co,Inc.**

**14618 Jones Maltsberger Rd**

**San Antonio**         **TX**      **78247**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$14,202.40**

**3.32** Nonpriority creditor's name and mailing address

**Newco Capital Group VI LLC**

**1 Whitehall Street Ste 200**

**New York**         **NY**      **10004**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Litigation**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor  **Highpoint Lifehope SPE, LLC**    Case number (if known)  **22-50929-mmp**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.33** Nonpriority creditor's name and mailing address

Orion Client Services, LLC

17721 Rogers Ranch Pkwy

Suite 100

San Antonio          TX      78258

Date or dates debt was incurred

Last 4 digits of account number       ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$21,689.00**

---

**3.34** Nonpriority creditor's name and mailing address

PDG Maintenance Services

24165 IH 10 West

San Antonio          TX      78257

Date or dates debt was incurred

Last 4 digits of account number       ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,620.00**

---

**3.35** Nonpriority creditor's name and mailing address

San Antonio Water System

PO Box 2990

San Antonio          TX      78299-2990

Date or dates debt was incurred

Last 4 digits of account number       ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$35,316.87**

---

**3.36** Nonpriority creditor's name and mailing address

Simplex Grinnell

Johnson Controls Fire Proetec

Dept CH 10320

Palatine          IL      60055

Date or dates debt was incurred

Last 4 digits of account number       ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$13,420.14**

---

| Debtor | **Highpoint Lifehope SPE, LLC** | Case number (if known) | **22-50929-mmp** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.37 | Nonpriority creditor's name and mailing address |
|---|---|

**Small Business Financial Solutions**

**Rapid Finance**

**4500 East West Highway 6th Fl**

| **Bethesda** | **MD** | **20814** |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$187,084.62

---

| 3.38 | Nonpriority creditor's name and mailing address |
|---|---|

**South Texas Radiology**

**PO Box 29441**

| **San Antonio** | **TX** | **78229** |

Date or dates debt was incurred  **10/18/2021**

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Security Deposit**

**Is the claim subject to offset?**
☑ No
☐ Yes

$23,205.88

---

| 3.39 | Nonpriority creditor's name and mailing address |
|---|---|

**Team Viewer Germany GMbH**

**PO Box 743135**

**Atlanta GA**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,283.04

---

| 3.40 | Nonpriority creditor's name and mailing address |
|---|---|

**TefftNet, Inc. / IMPAK**

**9575 Katy Fwy, Ste 360**

| **Houston** | **TX** | **77024** |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,647.24

---

| Debtor | **Highpoint Lifehope SPE, LLC** | Case number (if known) | **22-50929-mmp** |

---

| Part 2: | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.41 | Nonpriority creditor's name and mailing address |
|---|---|

**Texas Dept of Licensing & Reg**

**PO Box 12157**

**Austin**  **TX**  **78711-2157**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$120.00**

| 3.42 | Nonpriority creditor's name and mailing address |
|---|---|

**Texas Public Radio Corp**

**Irma & Emilio Nicolas Media Ctr**

**321 W Commerce St.**

**San Antonio**  **TX**  **78205**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:
**Security Deposit**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$4,513.33**

| 3.43 | Nonpriority creditor's name and mailing address |
|---|---|

**The Filter Man LLC**

**18924 E. Industrial Pkwy**

**New Caney**  **TX**  **77357**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$4,664.31**

| 3.44 | Nonpriority creditor's name and mailing address |
|---|---|

**Transwestern Commercial Services**

**Attn Commission Accounting**

**2300 Nroth Field St. Ste 2000**

**Dallas**  **TX**  **75201**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$42,800.28**

| Debtor | **Highpoint Lifehope SPE, LLC** | Case number (if known) | **22-50929-mmp** |
|---|---|---|---|

---

**Part 2:    Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.45 | Nonpriority creditor's name and mailing address |
|---|---|

**University Health Systems**

**4502 Medical Drive MS #107-1**

**San Antonio**          **TX**     **78229**

Date or dates debt was incurred          **9/01/2021**

Last 4 digits of account number          ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
**Security Deposit**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$6,420.00**

| 3.46 | Nonpriority creditor's name and mailing address |
|---|---|

**WRICO Corporation**

**9783 Loop 106**

**San Antonio**          **TX**     **78263**

Date or dates debt was incurred

Last 4 digits of account number          ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,558.80**

| Debtor | **Highpoint Lifehope SPE, LLC** | Case number (if known) | **22-50929-mmp** |

## Part 3:  List Others to Be Notified About Unsecured Claims

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1**  **Brian Bartholomew** <br> **Senior Financial Planning Assoc.** <br> **WOLTERS KLUWER** <br> **28 Liberty Street 42nd FL.** <br> **New York          NY     10005** | Line  __3.14__ <br><br> ☐ Not listed.  Explain: | __ __ __ __ |
| **4.2**  **Gregory M. Taube** <br> **Nelson Mullins Riley &** <br> **Scarborough LLP** <br> **210 17th St., NW, Suite 1700** <br> **Atlanta          GA     30363** <br> **Attorneys for Office Ally, Inc.** | Line  _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| **4.3**  **Internal Revenue Service** <br> **P.O. Box 7346** <br><br><br> **Philadelphia          PA     19101-7346** | Line  _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| **4.4**  **Lisa C. Fancher** <br> **Fritz Byrne, PLLC** <br> **221 W. Sixth St., Suite 960** <br><br> **Austin          TX     78701** <br> **Attorney for Scott Honan** | Line  _____ <br><br> ☑ Not listed.  Explain: <br> . | __ __ __ __ |
| **4.5**  **M. Jermaine Watson** <br> **Cantey Hanger LLP** <br> **600 West 6th St., Suite 300** <br><br> **Fort Worth          TX     76102** | Line  __3.26__ <br><br> ☐ Not listed.  Explain: | __ __ __ __ |
| **4.6**  **Texas Workforce Commission** <br> **Collections & Civil Actions RM 556** <br> **101 East 15th St., Room 556** <br><br> **Austin          TX     78778-0001** | Line  _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |

Debtor   **Highpoint Lifehope SPE, LLC**      Case number (if known)  **22-50929-mmp**

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| **4.7** | **U.S. Trustee Office** | Line _____ | __ __ __ __ |
| | **Erin Coughlin** | ☑ Not listed. Explain: | |
| | **615 E. Houston St. Ste. 533** | **Notice Only** | |
| | **San Antonio      TX   78205** | | |
| **4.8** | **US Attorney General** | Line _____ | __ __ __ __ |
| | **Main Justice Bldg., #5111** | ☑ Not listed. Explain: | |
| | **10th & Constitutional Ave., NW** | **Notice Only** | |
| | **Washington     DC   20530** | | |

| Debtor | **Highpoint Lifehope SPE, LLC** | Case number (if known) | **22-50929-mmp** |
|---|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

**Total of claim amounts**

| 5a. | **Total claims from Part 1** | 5a. | **$22,022.87** |
|---|---|---|---|
| 5b. | **Total claims from Part 2** | 5b. **+** | **$802,804.43** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$824,827.30** |

**Fill in this information to identify the case:**

Debtor name: **Highpoint Lifehope SPE, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known): **22-50929-mmp**     Chapter **11**

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement | Ayala & Associates Inc. |
| | | | 8415 Datapoint Drive |
| | State the term remaining | 6 months | |
| | List the contract number of any government contract | | San Antonio TX 78229 |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement<br>Contract to be ASSUMED | Charles Gutierrez, PhD, Ltd. LLP |
| | | | 8401 Datapoint Drive |
| | | | Suite 301 |
| | State the term remaining | 7 months | |
| | List the contract number of any government contract | | San Antonio TX 78229 |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Paramount Excess and Umbrella Liability<br>$10M Umbrella (Primary)<br>Policy No. CUE 7012271127<br>4/16/2022 to 4/16/2023 | CNA Commerical Insurance |
| | | | CNA Plaza 38S-420 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago IL 60685-0001 |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Business Auto Hired and Non-Owned<br>Policy No. BUA 7012271130<br>4/16/2022 to 4/16/2023 | CNA Insurance Companies |
| | | | Plaza of the Americas |
| | | | 700 N. Pearl St., Suite 300 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Dallas TX 75201 |

| Debtor | **Highpoint Lifehope SPE, LLC** | Case number (if known) | **22-50929-mmp** |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Package Policy Business Property / General Liability Policy No. 7012271144 4/16/2022 to 4/15/2023** | **CNA Paramount** |
| | | | **Attn Risk Control** |
| | | | **Plaza of teh Americas`** |
| | | | **700 N. Pearl Street** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Dallas**                    **TX**      **75201** |

| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement** | **CPR 123** |
| | | | **8415 Datapoint Drive** |
| | | | **Suite 120** |
| | State the term remaining | **13 months** | |
| | List the contract number of any government contract | | **San Antonio**               **TX**      **78229** |

| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement** | **Gastroenterology Consultants** |
| | | | **of San Antonio** |
| | | | **8415 Datapoint Drive** |
| | | | **Suite 700** |
| | State the term remaining | **6 months** | |
| | List the contract number of any government contract | | **San Antonio**               **TX**      **78229** |

| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | **Property and asset management leasing and construction management agreement Contract to be ASSUMED** | **Honan Property Management LLC** |
| | | | **11680 Great Oaks Way** |
| | | | **Suite 120** |
| | State the term remaining | **16.5 years** | |
| | List the contract number of any government contract | | **Alpharetta**                **GA**      **30022** |

| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement** | **iKare Medical Management** |
| | | | **8401 Datapoint Drive** |
| | | | **Suite 855** |
| | State the term remaining | **126 months** | |
| | List the contract number of any government contract | | **San Antonio**               **TX**      **78229** |

| Debtor | **Highpoint Lifehope SPE, LLC** | Case number (if known) | **22-50929-mmp** |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement** | **Legacy Heart Care, LLC** |
| | | | **8401 Datapoint Drive** |
| | | | **Suite 410** |
| | State the term remaining | **80 months** | |
| | List the contract number of any government contract | | **San Antonio**      **TX**      **78229** |

| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement** | **Level 3 Communications LLC** |
| | | | **8415 Datapoint Drive** |
| | | | **Suite B100** |
| | State the term remaining | **3 months** | |
| | List the contract number of any government contract | | **San Antonio**      **TX**      **78229** |

| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | **Travelers Property Casualty Co of America** **Excess Liability Insurance ($25M xs of $10M) Policy No. EX-3T401846-22-NF 4/16/2022 to 4/16/2023** | **Lipscomb & Pitts Insurance LLC** **2670 Union Ave Ext Ste 100** |
| | State the term remaining | | **Memphis**      **TX**      **38112** |
| | List the contract number of any government contract | | |

| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | **Liberty Mutual Excess Liability ($15M x $35M) Travelers ECO58522957 4/16/2022 to 4/16/2023** | **Lipscomb & Pitts Insurance LLC** **2670 Union Ave Ext Ste 100** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Memphis**      **TX**      **38112-4416** |

| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement** | **Lydia Security Monitoring, Inc.** |
| | | | **8415 Datapoint Drive** |
| | | | **Suite 500** |
| | State the term remaining | **18 months** | |
| | List the contract number of any government contract | | **San Antonio**      **TX**      **78229** |

| Debtor | **Highpoint Lifehope SPE, LLC** | Case number (if known) | **22-50929-mmp** |
|---|---|---|---|

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.15** State what the contract or lease is for and the nature of the debtor's interest — **Lease Agreement**

**Office Ally, Inc.**
**8415 Datapoint Drive**
**Suite 800**

State the term remaining — **16 months**

List the contract number of any government contract

**San Antonio**        **TX**        **78229**

**2.16** State what the contract or lease is for and the nature of the debtor's interest — **Lease Agreement**

**Pronto General Agency LTD**
**8415 Datapoint Drive**
**Suite 1040**

State the term remaining — **14 months**

List the contract number of any government contract

**San Antonio**        **TX**        **78229**

**2.17** State what the contract or lease is for and the nature of the debtor's interest — **Lease Agreement**

**Qualfon Data Services Group LLC**
**8415 Datapoint Drive**
**Suite 200**

State the term remaining — **23 months**

List the contract number of any government contract

**San Antonio**        **TX**        **78229**

**2.18** State what the contract or lease is for and the nature of the debtor's interest — **Lease Agreement**

**Sa Spine LLC**
**8401 Datapoint Drive**
**Suite 700**

State the term remaining — **3 months**

List the contract number of any government contract

**San Antonio**        **TX**        **78229**

**2.19** State what the contract or lease is for and the nature of the debtor's interest — **Lease Agreement**

**San Antonio Preventative & Diagnostics**
**8401 Datapoint Drive**
**Suite 401**

State the term remaining — **49 months**

List the contract number of any government contract

**San Antonio**        **TX**        **78229**

| Debtor | **Highpoint Lifehope SPE, LLC** | Case number (if known) | **22-50929-mmp** |
|---|---|---|---|

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.20**

State what the contract or lease is for and the nature of the debtor's interest: **Lease Agreement**

State the term remaining: **5 months**

List the contract number of any government contract:

**Smile Brands Inc.**
**8415 Datapoint Drive**
**Suite 1020**

**San Antonio** | **TX** | **78229**

**2.21**

State what the contract or lease is for and the nature of the debtor's interest: **Lease Agreement**

State the term remaining: **161 months**

List the contract number of any government contract:

**T-Mobile**
**8415 Datapoint Drive**
**Suite 1026**

**San Antonio** | **TX** | **78229**

**2.22**

State what the contract or lease is for and the nature of the debtor's interest: **Lease Agreement**

State the term remaining: **180 months**

List the contract number of any government contract:

**Verizon Wireless**
**8415 Datapoint Drive**
**Suite 1030**

**San Antonio** | **TX** | **78229**

**2.23**

State what the contract or lease is for and the nature of the debtor's interest: **Lease Agreement**

State the term remaining: **3 months**

List the contract number of any government contract:

**Vitas Healthcare Systems**
**8401 Datapoint Drive**
**Suite 300**

**San Antonio** | **TX** | **78229**

**2.24**

State what the contract or lease is for and the nature of the debtor's interest: **Ground Lease dtd 4/13/2018 assigned to Woodbranch Highpoint LLC (Ground Lessor) and Highpoint Lifehope SPE, LLC Contract to be ASSUMED Contract is in DEFAULT**

State the term remaining: **95 years**

List the contract number of any government contract:

**Woodbranch Highpoint LLC**
**4265 San Felipe St., Ste 550**

**Houston** | **TX** | **77027-3019**

| Debtor | **Highpoint Lifehope SPE, LLC** | Case number (if known) | **22-50929-mmp** |
|---|---|---|---|

## ▮ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | **Asset management, property management, analysis, cash management, TI preparation, development, human resourse managment** |
|---|---|---|

YOTA
Your Only Trusted Advisor
3090 Walnut Creek Dr.

| | State the term remaining | **60 day notice period** |
|---|---|---|

Alpharetta          GA        30005

List the contract number of any government contract

| **Fill in this information to identify the case:** | |
|---|---|
| Debtor name | **Highpoint Lifehope SPE, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | **22-50929-mmp** |

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.***  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.1  Scott C. Honan** | **c/o Lisa Fancher** <br> Number        Street <br> **Fritz Byrne, PLLC** <br><br> **Austin           TX    78701** <br> City                State    ZIP Code | **Capital One N.A.** | ☑ D <br> ☐ E/F <br> ☐ G |
| **2.2  Scott C. Honan** | **c/o Lisa Fancher** <br> Number        Street <br> **Fritz Byrne, PLLC** <br><br> **Austin           TX    78701** <br> City                State    ZIP Code | **FNA VI, LLC** | ☑ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor Name  **Highpoint Lifehope SPE, LLC**

United States Bankruptcy Court for the:  **WESTERN DISTRICT OF TEXAS**

Case number (if known):  **22-50929-mmp**

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B.................................................................

   **$59,600,000.00**

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B.................................................................

   **$2,018,713.47**

   1c. **Total of all property**
   Copy line 92 from Schedule A/B.................................................................

   **$61,618,713.47**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D......................................

   **$66,963,401.49**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F......................................

   **$22,022.87**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F......................................

   **+ $802,804.43**

4. **Total liabilities**
   Lines 2 + 3a + 3b......................................................................

   **$67,788,228.79**

**Fill in this information to identify the case and this filing:**

Debtor Name **Highpoint Lifehope SPE, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **22-50929-mmp**
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

- ☐ Amended Schedule _____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **09/21/2022**              X **/s/ Scott C. Honan**
        MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                         **Scott C. Honan**
                                         Printed name
                                         **Manager**
                                         Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Highpoint Lifehope SPE, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | **22-50929-mmp** |

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/22

The debtor must answer every question.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:      Income

**1.    Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions and exclusions |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2022**<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other | **$2,849,610.00** |
| For prior year: | From **01/01/2021**<br>MM / DD / YYYY | to | **12/31/2021**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | **$5,006,829.00** |
| For the year before that: | From **01/01/2020**<br>MM / DD / YYYY | to | **12/31/2020**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | **$5,685,663.00** |

**2.    Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties.  List each source and the gross revenue for each separately.  Do not include revenue listed in line 1.

☑ None

## Part 2:      List Certain Transfers Made Before Filing for Bankruptcy

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575.  (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | **See attached exhibit**<br>Creditor's name<br><br>Street<br><br><br>City              State      ZIP Code | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

EXHIBIT TO SOFA, PART 2, QUESTION 3

## Highpoint Lifehope SPE LLC

### Creditors Paid in Last 90 days

|  |  | JUN | JUL | AUG |
|---|---|---|---|---|
| **CREDITORS** | **ADDRESS** |  |  |  |
| CPS Energy | PO Box 2678,  San Antonio, TX   78289-0001 | $44 465.32 - 6/10/2022 & $44 823.13 -  6/29/2022 |  |  |
| San Antonio Water System | PO Box 2990,  San Antonio, TX   78299-2990 | $25 479.48 - 6/1/2022 & $16 978.56 - 6/1/2022 | $8 108.19 - 7/12/2022- $8057.79 - 7/12/2022 |  |
| Woodbranch Highpoint, LLC | 4265 San Felipe St Ste 550, Houston, TX 77027-3019 | $60 846.75 - 6/7/2022 | $60 846.75 - 7/8/2022 & $60,846.75 - 7/25/2022 |  |
| Hunter-Kelsey of Texas, LLC (FNA VI, LLC) | 7200 N. Mopac Blvd., Suite 120, Austin, TX 78731 | $72 679.88 - 6/21/2022 |  |  |
| AmeriTex Elevator Texas, LLC | 12050 Crownpoint Drive, San Antonio, TX 78233 | $28 954.02 - 6/16/2022 |  |  |

| Debtor | Highpoint Lifehope SPE, LLC | Case number (if known) | **22-50929-mmp** |
|---|---|---|---|
| | Name | | |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

---

**Part 3:    Legal Actions or Assignments**

---

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Capital One NA v. Highpoint Lifehope SPE LLC** | | **224th District Court, Bexar County, TX**<br>Name<br>**101 W. Nueva**<br>Street<br>**Paul Elizondo Tower** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**2022CI15585** | | **San Antonio          TX      78205**<br>City                        State    ZIP Code | |
| 7.2. | **Newco Capital Group V1 LLC v Highpoint Lifehope SPE LLC** | | **Supreme Court of State of New York**<br>Name<br>**County of Nassau**<br>Street | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | Case number<br>**608960/2022** | | <br>City                        State    ZIP Code | |

---

| Debtor | **Highpoint Lifehope SPE, LLC** | Case number (if known) | **22-50929-mmp** |
|---|---|---|---|
| | Name | | |

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:   Certain Gifts and Charitable Contributions

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

## Part 5:   Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

## Part 6:   Certain Payments or Transfers

**11.  Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Langley & Banack, Inc.** | | **8/19/2022** **9/9/2022** | **$40,000.00** |
| | **Address** | | | |
| | **745 E. Mulberry, Suite 700** Street | | | |
| | | | | |
| | **San Antonio**      **TX**   **78212** City          State    ZIP Code | | | |
| | **Email or website address** **www.langleybanack.com** | | | |
| | **Who made the payment, if not debtor?** **Scott C. Honan** | | | |

**12.  Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Debtor | **Highpoint Lifehope SPE, LLC** | Case number (if known) | **22-50929-mmp** |
|---|---|---|---|
| | Name | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

■  diagnosing or treating injury, deformity, or disease, or

■  providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

   Does the debtor have a privacy policy about that information?
   ☐ No.
   ☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
      ☐ No.  Go to Part 10.
      ☐ Yes.  Fill in below:

| Debtor | **Highpoint Lifehope SPE, LLC** | Case number (if known) | **22-50929-mmp** |
|--------|----------|--------|--------|
| | Name | | |

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|--------|--------|--------|--------|
| **.** | | **Astroturf** | ☑ No |
| Name | **Address** | | ☐ Yes |
| **6300 Riverside Plaza Ln NW** | | | |
| Street | | | |
| **Albuquerque**    **NM**  **87120** | | | |
| City        State  ZIP Code | | | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

| | | |
|---|---|---|
| Debtor | **Highpoint Lifehope SPE, LLC** | Case number (if known)  **22-50929-mmp** |
| | Name | |

---

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Provide details below.

**24.  Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes.  Provide details below.

---

## Part 13:  Details About the Debtor's Business or Connections to Any Business

**25.  Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

**26.  Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | | | Dates of service | |
|---|---|---|---|---|---|
| 26a.1. | **Honan Property Management** | | | From  **2018** | To  **Present** |
| | Name | | | | |
| | **11680 Great Oaks Way** | | | | |
| | Street | | | | |
| | | | | | |
| | **Alpharetta** | **GA** | **30022** | | |
| | City | State | ZIP Code | | |

| | Name and address | | | Dates of service | |
|---|---|---|---|---|---|
| 26a.2. | **Frazier & Deeter LLC** | | | From  **2019** | To  **Present** |
| | Name | | | | |
| | **1230 Peachtree St., Suite 1500** | | | | |
| | Street | | | | |
| | | | | | |
| | **Atlanta** | **GA** | **30309** | | |
| | City | State | ZIP Code | | |

---

| Debtor | **Highpoint Lifehope SPE, LLC** | Case number (if known) | **22-50929-mmp** |
|---|---|---|---|
| | Name | | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | | Dates of service | | |
|---|---|---|---|---|---|
| 26b.1. | **Honan Property Management** | | From | **2018** | To | **Present** |
| | Name | | | | |
| | **11680 Great Oaks Way** | | | | |
| | Street | | | | |
| | | | | | |
| | **Alpharetta** | **GA** | **30022** | | |
| | City | State | ZIP Code | | |

| | Name and address | | Dates of service | | |
|---|---|---|---|---|---|
| 26b.2. | **Frazier & Deeter LLC** | | From | **2019** | To | **Present** |
| | Name | | | | |
| | **1230 Peachtree St., Suite 1500** | | | | |
| | Street | | | | |
| | | | | | |
| | **Atlanta** | **GA** | **30309** | | |
| | City | State | ZIP Code | | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|---|
| 26c.1. | **Highpoint Lifehope SPE, LLC** | | | |
| | Name | | | |
| | **11680 Great Oaks Way** | | | |
| | Street | | | |
| | | | | |
| | **Alpharetta** | **GA** | **30022** | |
| | City | State | ZIP Code | |

| | Name and address | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|---|
| 26c.2. | **Honan Property Management** | | | |
| | Name | | | |
| | **11680 Great Oaks Way** | | | |
| | Street | | | |
| | | | | |
| | **Alharetta** | **GA** | **30022** | |
| | City | State | ZIP Code | |

| | Name and address | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|---|
| 26c.3. | **Frazier & Deeter LLC** | | | |
| | Name | | | |
| | **1230 Peachtree St., Suite 15001** | | | |
| | Street | | | |
| | | | | |
| | **Atlanta** | **GA** | **30309** | |
| | City | State | ZIP Code | |

| Debtor | **Highpoint Lifehope SPE, LLC** | Case number (if known) | **22-50929-mmp** |
|---|---|---|---|
| | Name | | |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1. **Capital One NA**
Name
**Kasia Dobrzanska, Senior Director**
Street
**77 W. Wacher Dr., 10th Floor**

| **Chicago** | **IL** | **60601** |
|---|---|---|
| City | State | ZIP Code |

**Name and address**

26d.2. **Woodbranch Highpoint, LLC**
Name
**4265 San Felipe St., Suite 550**
Street

| **Houston** | **TX** | **77027** |
|---|---|---|
| City | State | ZIP Code |

**Name and address**

26d.3. **FNA VI, LLC**
Name
**c/o Tara LeDay / Chamberlain Hrdlicka**
Street
**1200 Smith St., #1400**

| **Houston** | **TX** | **77002** |
|---|---|---|
| City | State | ZIP Code |

**Name and address**

26d.4. **Highpoint Lifehope JV, LLC**
Name
**3330 Preston Ridge Rd., Suite 380**
Street

| **Alpharetta** | **GA** | **30005** |
|---|---|---|
| City | State | ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes.  Give the details about the two most recent inventories.

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Scott C. Honan | 11680 Great Oaks Way, Suite 120 Alpharetta, GA 30022 | Manager | |

| Debtor | **Highpoint Lifehope SPE, LLC** | Case number (if known) | **22-50929-mmp** |
|---|---|---|---|
| | Name | | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Highpoint Lifehope JV, LLC** | EIN: **3 7 – 1 8 7 9 2 7 4** |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

---

## Part 14:   Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **09/21/2022**
MM / DD / YYYY

**X** **/s/ Scott C. Honan**                                          Printed name  **Scott C. Honan**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor **Manager**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes