The relief described hereinbelow is SO ORDERED.

Signed October 19, 2022.

_____
**Ronald B. King
United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPCTY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HIGHPOINT LIFEHOPE SPE, LLC, | § | CASE NO. 22-50929-mmp |
| | § | |
| *Debtor* | § | Chapter 11 |
| | § | |

**ORDER GRANTING APPLICATION FOR APPROVAL OF THE EMPLOYMENT OF
LANGLEY & BANACK, INC. AS ATTORNEYS FOR THE DEBTOR**

Came on for consideration the *Debtor's Application for Approval of the Employment of Langley & Banack, Inc. as Attorneys for the Debtor* (the "Application"). The Court finds that (i) it has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Application is in the best interests of the Debtor, its estate and its creditors and relief under Rule 6003 of the Federal Rules of Bankruptcy Procedure approving employment of Langley & Banack, Inc. ("L&B") as of the Petition Date is necessary to avoid immediate and irreparable harm; (iv) L&B is a eligible to represent the estate as counsel pursuant to 11 U.S.C. § 327(a); (v) proper and adequate notice of the Application has been given and that no other or further notice is necessary;

(vi) all objections, if any, to the Application have been resolved by this Order or are overruled in their entirety; and (vii) upon the record herein after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein.

IT IS, THEREFORE, ORDERED that the *Application for Approval of the Employment of Langley & Banack, Inc. as Attorneys for the Debtor* is granted;

IT IS FURTHER ORDERED that pursuant to § 327(a) of the Bankruptcy Code, the Debtor is authorized to employ L&B as its bankruptcy counsel and for the matters described in the Application, effective as of the Petition Date, in accordance with and on the terms described in the Application, the engagement letter and this Order, and to perform the services described therein;

IT IS FURTHER ORDERED that the requirements of § 329 of the Bankruptcy Code have been satisfied;

IT IS FURTHER ORDERED that if any supplemental declarations or affidavits are filed and served after the entry of this Order, absent any objections filed within twenty (21) days after the filing and service of such supplemental declarations or affidavits, L&B's employment shall continue as authorized pursuant to this Order;

IT IS FURTHER ORDERED that L&B shall be compensated upon appropriate application in accordance with Bankruptcy Code §§ 330 and 331, the Bankruptcy Rules, the Local Bankruptcy Rules, the United States Trustee Fee Guidelines and any applicable procedures and orders of this Court; and

IT IS FURTHER ORDERED that no work performed by L&B shall be unnecessarily duplicative of work performed by any other counsel retained by the Debtor in this case; and

IT IS FURTHER ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; and

IT IS SO ORDERED.

# # #

**Submitted by:**
Natalie F. Wilson
LANGLEY & BANACK, INC.
745 E. Mulberry, Suite 700
San Antonio, TX 78212
(210) 736-6600 (Telephone)
(210) 735-6889 (Telecopier)
adebard@langleybanack.com

**PROPOSED ATTORNEYS FOR THE**
**DEBTOR and DEBTOR-IN-POSSESSION**