## Highpoint Lifehope SPE LLC
## Balance Sheet (With Period Change)

Period = Sep 1. 2022- Sep 30, 2022

Book = Accrual ; Tree = ysi_bs

|  | Balance Current Period | Beginning Balance | Net Change |
|---|---:|---:|---:|
| **ASSETS** | | | |
| **BUILDING** | | | |
| Building | 30,889,388.67 | 30,889,388.67 | 0.00 |
| **TOTAL BUILDING** | **30,889,388.67** | **30,889,388.67** | **0.00** |
| **TENANT IMPROVEMENTS** | | | |
| Tenant Improvements | 29,679.65 | 29,679.65 | 0.00 |
| **TOTAL TENANT IMPROVEMENTS** | **29,679.65** | **29,679.65** | **0.00** |
| **WORK IN PROGRESS** | | | |
| Work in Progress - Tenant Improvements | 7,241,442.15 | 7,241,442.15 | 0.00 |
| **TOTAL WORK IN PROGRESS** | **7,241,442.15** | **7,241,442.15** | **0.00** |
| **ACCUMULATED DEPRECIATION** | | | |
| Accum Depr Building | -2,774,205.00 | -2,718,889.00 | -55,316.00 |
| **TOTAL ACCUMULATED DEPRECIATION** | **-2,774,205.00** | **-2,718,889.00** | **-55,316.00** |
| CAPITALIZED PROJECT COST | | | |
| Highpoint San Antonio | 4,292,383.91 | 4,292,383.91 | 0.00 |
| Capitalized Project Cost | 326,348.79 | 326,348.79 | 0.00 |
| TOTAL CAPITALIZED PROJECT COST | 4,618,732.70 | 4,618,732.70 | 0.00 |
| **CASH** | | | |
| Cash Operating - DIP Account | 221,553.69 | -669.23 | 222,222.92 |
| Cash - Capital One Bank | 289.82 | 95,702.94 | -95,413.12 |
| **TOTAL CASH** | **221,843.51** | **95,033.71** | **126,809.80** |
| **RESTRICTED CASH** | | | |
| Replacement Escrow Fund | 227,872.44 | 227,872.44 | 0.00 |
| Restricted Cash | 37,539.51 | 37,539.51 | 0.00 |
| **TOTAL RESTRICTED CASH** | **265,411.95** | **265,411.95** | **0.00** |
| **TENANT RECEIVABLES** | | | |
| A R Base Rent | 1,849,997.63 | 1,791,209.73 | 58,787.90 |
| A/R Receivable - Doubtful | -1,767,923.66 | -1,767,923.66 | 0.00 |
| **TOTAL TENANT RECEIVABLES** | **82,073.97** | **23,286.07** | **58,787.90** |
| **INTANGIBLE ASSETS** | | | |
| Loan Costs | 2,113,637.78 | 2,113,637.78 | 0.00 |
| **TOTAL INTANGIBLE ASSETS** | **2,113,637.78** | **2,113,637.78** | **0.00** |
| **ACCUM AMORT FINANCING COST** | | | |
| Accum Amort Loan Costs | -1,063,370.00 | -1,037,383.00 | -25,987.00 |
| **TOTAL ACCUM AMORT FINANCING COST** | **-1,063,370.00** | **-1,037,383.00** | **-25,987.00** |
| **PREPAID EXPENSES** | | | |
| Prepaid Insurance | 109,082.67 | 109,082.67 | 0.00 |
| **TOTAL PREPAID EXPENSES** | **109,082.67** | **109,082.67** | **0.00** |
| **OTHER ASSETS** | | | |
| Debt Service Reserve | 0.00 | 0.00 | 0.00 |
| **TOTAL OTHER ASSETS** | **0.00** | **0.00** | **0.00** |
| **TOTAL ASSETS** | **41,733,718.05** | **41,629,423.35** | **104,294.70** |
| **LIABILITIES AND CAPITAL** | | | |
| LIABILITIES | | | |
| **LOANS PAYABLE** | | | |
| Unsecured Debt | 168,582.15 | 168,582.15 | 0.00 |
| **TOTAL LOANS PAYABLE** | **168,582.15** | **168,582.15** | **0.00** |
| **NOTES PAYABLE** | | | |

## Highpoint Lifehope SPE LLC
**Balance Sheet (With Period Change)**

Period = Sep 1. 2022- Sep 30, 2022

Book = Accrual ; Tree = ysi_bs

|  | Balance Current Period | Beginning Balance | Net Change |
|---|---:|---:|---:|
| Note Payable - Capital One | 51,400,858.73 | 51,400,858.73 | 0.00 |
| Note Payable-FNA VI LLC | 1,541,682.57 | 1,541,682.57 | 0.00 |
| **TOTAL NOTES PAYABLE** | **52,942,541.30** | **52,942,541.30** | **0.00** |
| **OTHER LIABILITIES** | | | |
| Advance from HPE | 151,916.20 | 121,246.97 | 30,669.23 |
| **TOTAL OTHER LIABILITIES** | **151,916.20** | **121,246.97** | **30,669.23** |
| **ACCOUNTS PAYABLE** | | | |
| Prepetition Accounts Payable Vendors | 978,776.76 | 978,776.76 | 0.00 |
| Postpetition Accounts Payables | 148,816.65 | 17,864.36 | 130,952.29 |
| **TOTAL ACCOUNTS PAYABLE** | **1,127,593.41** | **996,641.12** | **130,952.29** |
| **SECURITY DEPOSITS** | | | |
| Security Deposits | 87,119.59 | 87,119.59 | 0.00 |
| **TOTAL SECURITY DEPOSITS** | **87,119.59** | **87,119.59** | **0.00** |
| **ACCRUED LIABILITIES** | | | |
| Accrued Interest | 0.00 | 0.00 | 0.00 |
| Accrued Property Taxes | 421,719.93 | 374,862.16 | 46,857.77 |
| **TOTAL ACCRUED LIABILITIES** | **421,719.93** | **374,862.16** | **46,857.77** |
| **TOTAL LIABILITIES** | **54,899,472.58** | **54,690,993.29** | **208,479.29** |
| **CAPITAL** | | | |
| **Initial Capital** | | | |
| Current YTD Net Income (Loss) | -13,165,754.53 | -13,061,569.94 | -104,184.59 |
| **TOTAL CAPITAL** | **-13,165,754.53** | **-13,061,569.94** | **-104,184.59** |
| **TOTAL LIABILITIES AND CAPITAL** | **41,733,718.05** | **41,629,423.35** | **104,294.70** |