## Aging Detail

DB Caption: **LIVE** Richmond Honan 32996   Property: .2014r   Status: Current, Past, Future   Age As Of: 09/30/2022   Post To: 09/2022

| Property | Lease | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre-payments | Total Owed |
|---|---|---:|---:|---:|---:|---:|---:|---:|
| **Highpoint Lifehope SPE LLC (20148401)** | | | | | | | | |
| | Charles Gutierrez, PhD, Ltd, LLP | 35,940.20 | 2,667.77 | 2,667.77 | 0.00 | 30,604.66 | 0.00 | 35,940.20 |
| | iKare Medical Management | 1,767,923.66 | 0.00 | 88,193.49 | 0.00 | 1,679,730.17 | 0.00 | 1,767,923.66 |
| | iKare Medical Management Doubtful | -1,767,923.66 | 0.00 | -88,193.49 | 0.00 | -1,679,730.17 | 0.00 | -1,767,923.66 |
| | Legacy Heart Care, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -6,741.17 | -6,741.17 |
| | Ovation Services, LLC | -159.02 | 0.00 | 0.00 | 0.00 | -159.02 | 0.00 | -159.02 |
| | Parking | 280.00 | 0.00 | 0.00 | 0.00 | 280.00 | 0.00 | 280.00 |
| | Sa Spine, LLC | 2,302.47 | 255.83 | 255.83 | 0.00 | 1,790.81 | 0.00 | 2,302.47 |
| | San Antonio Preventative & Diagnostics | 305.81 | 305.81 | 0.00 | 0.00 | 0.00 | 0.00 | 305.81 |
| | Vitas Healthcare Systems | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -35,253.30 | -35,253.30 |
| **20148401** | | 38,669.46 | 3,229.41 | 2,923.60 | 0.00 | 32,516.45 | -41,994.47 | -3,325.01 |
| **Highpoint Lifehope SPE LLC (20148415)** | | | | | | | | |
| | Ayala & Associates, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -3,220.92 | -3,220.92 |
| | Gastroenterology Consultants of San Antonio | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -24,770.69 | -24,770.69 |
| | Level 3 Communications, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -289.83 | -289.83 |
| | Lydia Security Monitoring, Inc. | 56,361.82 | 28,195.91 | 28,165.91 | 0.00 | 0.00 | 0.00 | 56,361.82 |
| | Parking | 275.00 | 0.00 | 0.00 | 0.00 | 275.00 | 0.00 | 275.00 |
| | Qualfon Data Services Group, LLC | -837.80 | 0.03 | 0.00 | 0.00 | -837.83 | 0.00 | -837.80 |
| | Pronto General Agency, LTD | 5,559.15 | 5,559.15 | 0.00 | 0.00 | 0.00 | 0.00 | 5,559.15 |
| | Smile Brands Inc. | 36,267.50 | 17,280.40 | 17,280.40 | 0.00 | 1,706.70 | 0.00 | 36,267.50 |
| | T-Mobile | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -4,087.39 | -4,087.39 |
| | Verizon Wireless | 20,142.14 | 5,164.82 | 5,164.82 | 0.00 | 9,812.50 | 0.00 | 20,142.14 |
| **20148415** | | 117,767.81 | 56,200.31 | 50,611.13 | 0.00 | 10,956.37 | -32,368.83 | 85,398.98 |
| **Grand Total** | | 156,437.27 | 59,429.72 | 53,534.73 | 0.00 | 43,472.82 | -74,363.30 | 82,073.97 |