# Payables Aging Report

.2014r

Period: 09/2022

As of : 09/30/2022

| Payee Name | Payee Address | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Notes |
|---|---|---|---|---|---|---|---|
| **PERMANENT EMPLOYEES** | | | | | | | |
| Lynne Klein | 110 Viewpoint Dr E San Antonio, TX 78006 | 15,913.44 | 10,608.96 | 5,304.48 | 0.00 | 0.00 | |
| Colt Himrod | 24165 I10 W STE 217 #472 San Antonio, TX 78257 | 5,739.99 | 3,826.66 | 1,913.33 | 0.00 | 0.00 | |
| Alma Rubio | 8438 Quail Creek #1008 San Antonio, TX 78218 | 5,459.79 | 3,639.86 | 1,819.93 | 0.00 | 0.00 | |
| Cindy Segovia | 2041 Lyons St San Antonio, TX 78207 | 4,754.70 | 3,169.80 | 1,584.90 | 0.00 | 0.00 | |
| **WAGES EMPLOYEES:** | | | | | 0.00 | 0.00 | |
| Jose Armondo Rodriquez | 238 Basswood Dr San Antonio, TX 78213 | 2,940.00 | 2,100.00 | 840.00 | 0.00 | 0.00 | |
| Maria Guadalupe Gamino | 12222 Blanco Rd #1901 San Antonio, TX 78216 | 2,940.00 | 2,100.00 | 840.00 | 0.00 | 0.00 | |
| Jenny Gayton | 1335 W Hollywood Ave San Antonio TX 78201 | 2,940.00 | 2,100.00 | 840.00 | 0.00 | 0.00 | |
| Samuel Gallegos | 10202 Desert Sands St #H26 San Antonio, TX 71216 | 2,940.00 | 2,100.00 | 840.00 | 0.00 | 0.00 | |
| Daniel SanJuan | 10218 Desert Sands #10202 San Antonio, TX 78216 | 2,940.00 | 2,100.00 | 840.00 | 0.00 | 0.00 | |
| Ricardo Gonzalez | 5235 Glen Ridge Dr #3104 San Antonio, TX 78229 | 2,940.00 | 2,100.00 | 840.00 | 0.00 | 0.00 | |
| AT & T | 208 S. Akard St Dallas TX | 3,064.49 | 1,532.00 | 1,532.49 | 0.00 | 0.00 | |
| Logix Communications | PO Box 734120, Dallas, TX 75373-4120 | 523.00 | 523.00 | 0.00 | 0.00 | 0.00 | |
| Honan Property Management | 11680 Great Oaks Way, Suite 120, Alpharetta, GA 30022 | 9,860.81 | 9,860.81 | 0.00 | 0.00 | 0.00 | |
| CPS Energy | PO Box 2678, San Antonio, TX 78289-0001 | 62,643.44 | 62,643.44 | 0.00 | 0.00 | 0.00 | |
| San Antonio Water System | PO Box 2990, San Antonio, TX 78299-2990 | 11,445.04 | 11,445.04 | 0.00 | 0.00 | 0.00 | |
| Waste Management | PO Box 660345, Dallas, TX 75266-0345 | 2,443.00 | 2,443.00 | 0.00 | 0.00 | 0.00 | |
| Limpscomb Pitts Insurance | 2670 Union Ave Extended, Suite 100, Memphis, TN 38112 | 8,659.73 | 8,659.73 | 0.00 | 0.00 | 0.00 | |
| Truist Bank Bank Fees | 121 Perimeter Center West Parkway, Atlanta, GA 30346 | 669.23 | 669.23 | 0.00 | 0.00 | 0.00 | |
| **TOTAL** | | **148,816.66** | **131,621.53** | **17,195.13** | **0.00** | **0.00** | |