## Highpoint Lifehope SPE LLC

**Income Statement**

Period = Sep 1, 2022 - Sep 30, 2022

Book = Accrual ; Tree = ysi_is

|  | TOTAL |
|---|---:|
| **REVENUES** | |
| **RENTAL REVENUE** | |
| **Tower 1** | |
| Vitas Healthcare Systems | 35,253.30 |
| Charles Gutierrez, PhD, Ltd, LLP | 2,667.77 |
| San Antonio Preventative & Diagnostics | 17,627.00 |
| Legacy Heart Care, LLC (Abatement) | |
| Sa Spine, LLC (Abatement) | - |
| iKare Medical Management (Abatement) | |
| | |
| **Tower 2** | |
| Smile Brands Inc. | 16,388.75 |
| T-Mobile | 2,019.94 |
| Verizon Wireless | 5,164.82 |
| Pronto General Agency, LTD | 5,381.25 |
| CPR 123 | 7,709.86 |
| Qualfon Data Services Group, LLC | 53,248.13 |
| Lydia Security Monitoring, Inc. | 26,455.00 |
| Gastroenterology Consultants of San Antonio | 24,770.69 |
| Ayala & Associates, Inc. | 5,072.20 |
| Office Ally, Inc. | 41,741.29 |
| Level 3 Communications, LLC | 289.82 |
| **TOTAL RENTAL REVENUE** | **243,789.82** |
| | |
| **EXPENSE REIMBURSEMENT** | |
| OPEX Recoveries | 2,730.31 |
| **TOTAL EXPENSE REIMBURSEMENT** | **2,730.31** |
| | |
| **OTHER INCOME** | |
| Parking Income | 0.00 |
| Storage Rent | 0.00 |
| Miscelaneous | 0.00 |
| Other Income (Vending Machine) | 0.00 |
| **TOTAL OTHER INCOME** | **0.00** |
| | |
| **TOTAL REVENUES** | **246,520.13** |
| | |
| **RECOVERABLE OPERATING EXPENSE** | |
| **CLEANING** | |
| Contract Cleaning - Waste Management | 2,443.00 |
| Janitorial Supplies | 0.00 |
| Trash Removal | 0.00 |
| **TOTAL CLEANING** | **2,443.00** |
| | |
| **REPAIRS AND MAINT** | |
| **Mgmt Eng Personnel Cost** | 33,845.28 |
| Plumbing | 0.00 |
| Elevator Contract | 0.00 |
| Elevator Repair and Maint | 0.00 |
| HVAC Contract | 0.00 |
| HVAC Repairs and Maint | 0.00 |

Highpoint Lifehope SPE LLC

**Income Statement**

Period = Sep 1, 2022- Sep 30, 2022

Book = Accrual ; Tree = ysi_is

| | TOTAL |
|---|---:|
| **TOTAL REPAIRS AND MAINT** | 33,845.28 |
| | |
| **UTILITIES** | |
| Electricity - CPS Energy | 62,643.44 |
| Water and Sewer - San Antonio Water System | 11,445.04 |
| Gas | 0.00 |
| **TOTAL UTILITIES** | 74,088.48 |
| | |
| **ROADS AND GROUNDS** | |
| Exterior Landscape Contract | 0.00 |
| **TOTAL ROADS AND GROUNDS** | 0.00 |
| | |
| **ADMINISTRATIVE COSTS** | |
| Telephone/ AT&T | 1,532.00 |
| Logix Communications | 523.00 |
| **TOTAL ADMINISTRATIVE COSTS** | 2,055.00 |
| | |
| **MANAGEMENT FEES** | |
| Property Management Fees - HPM | 9,860.81 |
| **TOTAL MANAGEMENT FEES** | 9,860.81 |
| | |
| **PROPERTY TAXES** | |
| Real Estate Taxes | 46,857.77 |
| **TOTAL PROPERTY TAXES** | 46,857.77 |
| | |
| **INSURANCE** | |
| Building Insurance - Limpscomb Pitts | 8,659.73 |
| **TOTAL INSURANCE** | 8,659.73 |
| | |
| **TOTAL RECOVERABLE OPERATING EXPENSE** | 177,810.07 |
| | |
| **OPERATING GROUND LEASE** | |
| Ground/Air Lease | 60,846.75 |
| **TOTAL OPERATING GROUND LEASE** | 60,846.75 |
| | |
| **NET OPERATING INCOME** | 7,863.31 |
| | |
| **CORPORATE G AND A EXPENSES** | |
| **CORP G AND A MISC** | |
| Bank Service and Fees | 744.91 |
| Legal Fees | 30,000.00 |
| **TOTAL CORP G AND A MISC** | 30,744.91 |
| | |
| **TOTAL CORPORATE G AND A EXPENSES** | 30,744.91 |
| | |
| **DEPRECIATION AMORT AND INTEREST** | |
| **DEPRECIATION EXPENSE** | |
| Building Depreciation Exp | 55,316.00 |
| **TOTAL DEPRECIATION EXPENSE** | 55,316.00 |
| | |
| **AMORTIZATION EXPENSE** | |
| Loan Cost Amortization | 25,987.00 |
| **TOTAL AMORTIZATION EXPENSE** | 25,987.00 |

Highpoint Lifehope SPE LLC

**Income Statement**

Period = Sep 1, 2022- Sep 30, 2022

Book = Accrual ; Tree = ysi_is

|  | TOTAL |
|---|---:|
| **INTEREST EXPENSE** |  |
| Capital One | 0.00 |
| Hyber-Kelsey (FNA VI, LLC) | 0.00 |
| **TOTAL INTEREST EXPENSE** | **0.00** |
| **TOTAL DEPRECIATION AMORT AND INTEREST** | **81,303.00** |
|  |  |
| **NET INCOME (LOSS)** | **-104,184.60** |