# Capital One Bank
## Commercial Banking Group

**MANAGE YOUR CASH**
CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

HIGHPOINT LIFEHOPE SPE, LLC
8415 DATAPOINT DR STE 450
SAN ANTONIO TX  78229-3496

▶ Contact your Relationship Manager to discuss targeted solutions for your evolving business needs.

### ACCOUNT SUMMARY     FOR PERIOD  SEPTEMBER 01, 2022  -  SEPTEMBER 30, 2022

**Commercial Analyzed Ckg         5900**                                              **HIGHPOINT LIFEHOPE SPE, LLC**

| | | | |
|---|---|---|---|
| Previous Balance  08/31/22 | $95,702.94 | Number of Days in Cycle | 30 |
| 3 Deposits/Credits | $88,791.25 | Minimum Balance This Cycle | $0.00 |
| 3 Checks/Debits | ($184,204.37) | Average Collected Balance | $74,649.69 |
| Service Charges | $0.00 | | |
| Ending Balance 09/30/22 | $289.82 | | |

### ACCOUNT DETAIL    FOR PERIOD  SEPTEMBER 01, 2022  -  SEPTEMBER 30, 2022

**Commercial Analyzed Ckg         5900**                                              **HIGHPOINT LIFEHOPE SPE, LLC**

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 09/07 | ACH deposit QUALFON DATA    E PAYMENTS 090722 HIGHPOINT LIFEHOPE SPE VL0525 | $53,248.13 | | $148,951.07 |
| 09/15 | Wire transfer withdrawal CGA 2018-8 HIGHP OINT 091522 USD | | $60,846.75 | $88,104.32 |
| 09/16 | Analysis service charge debit ANALYSIS CHRG | | $744.91 | $87,359.41 |
| 09/19 | ACH deposit VitasHealthc PMD PAYMENT 091922 HighpointLif.Receivabl 0000159594 | $35,253.30 | | $122,612.71 |
| 09/20 | Wire transfer withdrawal Highpoint Lifeho pe SPE LLC 092022 USD | | $122,612.71 | $0.00 |
| 09/28 | ACH deposit LEVEL 3 COMMUNIC VENDOR PAY 092822 0005HIGHPOINT LIFEHO   K10020004336492 | $289.82 | | $289.82 |
| Total | | $88,791.25 | $184,204.37 | |

*Thank you for banking with us.*                                                                                          PAGE 1 OF 2

Products and services are offered by Capital One, N.A., Member FDIC.
©2022 Capital One. All rights reserved.


MEMBER FDIC — EQUAL HOUSING LENDER

PSI: 0 / SHC: 0 / LOB :C