# Exhibit "B"

## Highpoint Lifehope SPE LLC

### Cash Collateral Account Weekly Report

For the Week ending September 16th, 2022

|  | Sep 16, 2022 |
|---|---|
| **Opening Cash Balance** | **$0.00** |
| RENTAL DEPOSITS MADE: | |
| **Tower 1** | |
| San Antonio Preventative & Diagnostics | $17,627.00 |
| **Tower 2** | |
| T-Mobile | $2,019.94 |
| Ayala & Associates, Inc. | $5,072.20 |
| Office Ally, Inc. | $41,741.29 |
| **TOTAL RENTAL DEPOSITS MADE** | **$66,460.43** |
| WITHDRAWALS MADE: | |
| None | $0.00 |
| **TOTAL WITHDRAWALS MADE:** | **$0.00** |
| **Closing Balance** | **$66,460.43** |

## Highpoint Lifehope SPE LLC

### Cash Collateral Account Weekly Report

For the Week ending September 23rd, 2022

| | Sep 23, 2022 |
|---|---|
| **Opening Cash Balance** | **$66,460.43** |
| **RENTAL DEPOSITS MADE:** | |
| **Tower 2** | |
| CPR 123 | $7,709.86 |
| **TOTAL RENTAL DEPOSITS MADE** | **$7,709.86** |
| **TRANSER FROM CAPITAL ONE ACCOUNT BALANCE** | **$122,612.71** |
| **WITHDRAWALS MADE:** | |
| None | $0.00 |
| **Closing Balance** | **$196,783.00** |

## Highpoint Lifehope SPE LLC

### Cash Collateral Account Weekly Report

For the Week ending September 30rd, 2022

|  | Sep 23, 2022 |
|---|---|
| Opening Cash Balance | $196,783.00 |
| RENTAL DEPOSITS MADE: | |
| **Tower 2** | |
| Gastroenterology Consultants of San Antonio | $24,770.69 |
| TOTAL RENTAL DEPOSITS MADE | $24,770.69 |
| TRANSER FROM CAPITAL ONE ACCOUNT BALANCE | $0.00 |
| WITHDRAWALS MADE: | |
| None | $0.00 |
| Closing Balance | $221,553.69 |

## Highpoint Lifehope SPE LLC

### Cash Collateral Account Weekly Report

For the Week ending October 7th, 2022

|  | Oct 7, 2022 |
|---|---|
| **Opening Cash Balance from 9/30/2022** | **$221,553.69** |
| **Deposit in the Capital One Account not recorded in 9/30/2022** | **$289.82** |
| **RENTAL DEPOSITS MADE:** | |
| **Tower 1** | |
| Vitas Healthcare Systems | |
| Charles Gutierrez, PhD, Ltd, LLP | |
| San Antonio Preventative & Diagnostics | $0.00 |
| Legacy Heart Care, LLC (Abatement) | |
| Sa Spine, LLC (Abatement) | |
| iKare Medical Management (Abatement) | |
| **Tower 2** | |
| Smile Brands Inc. | |
| T-Mobile | $0.00 |
| Verizon Wireless | |
| Pronto General Agency, LTD | $11,118.30 |
| CPR 123 | $0.00 |
| Qualfon Data Services Group, LLC | $52,410.33 |
| Hispanic Association of Colleges & Universities (Vacated June) | |
| Lydia Security Monitoring, Inc. | $28,165.91 |
| Gastroenterology Consultants of San Antonio | $0.00 |
| Ayala & Associates, Inc. | $0.00 |
| Office Ally, Inc. | $41,741.29 |
| Level 3 Communications, LLC | |
| **TOTAL RENTAL DEPOSITS MADE** | **$133,435.83** |
| **TRANSER FROM CAPITAL ONE ACCOUNT BALANCE** | **$0.00** |
| **WITHDRAWALS MADE:** | |
| Woodbranch Ground Lease Payment | $60,846.75 |
| **Closing Balance incl Capital One Account $52,700.15** | **$294,432.59** |

# Highpoint Lifehope SPE LLC

## Cash Collateral Account Weekly Report

For the Week ending October 14th, 2022

|  | Oct 14, 2022 |
|---|---|
| **Opening Cash Balance from 10/10/2022** | **$294,432.59** |
| **Deposit in the Capital One Account not recorded in** | **$0.00** |
| **RENTAL DEPOSITS MADE:** | |
| No deposits Received | |
| **TOTAL RENTAL DEPOSITS MADE** | **$0.00** |
| **TRANSER FROM CAPITAL ONE ACCOUNT BALANCE** | **$0.00** |
| **WITHDRAWALS MADE:** | |
| Check Issued for Advanced Temperature Control for HVAC Repairs approved for $2,354.44 | $0.00 |
| **Closing Balance incl Capital One Account $52,700.15** | **$294,432.59** |