# Exhibit "C"

# Highpoint Lifehope SPE LLC

## Cashflow Statement

For the Month ending Aug 30th, 2022

|  | Jun 2022 | Jul 2022 | Aug 2022 |
|---|---:|---:|---:|
| **Opening Balance** | 311,856.53 | 236,525.33 | 108,942.80 |
| **REVENUES** | | | |
| **RENTAL REVENUE** | | | |
| Tower 1 | | | |
| Vitas Healthcare Systems | 36,390.50 | 35,253.30 | 35,253.30 |
| Charles Gutierrez, PhD, Ltd, LLP | | 2,500.00 | |
| San Antonio Preventative & Diagnostics | 17,321.19 | 17,627.00 | 17,627.00 |
| Legacy Heart Care, LLC (Abatement) | | 6,741.17 | |
| Sa Spine, LLC (Abatement) | | | |
| iKare Medical Management (Abatement) | | | |
| Ovation Services, LLC (Vacated July) | | | |
| (Stayed a month longer, in exchange for their security deposit) | | | |
| Tower 2 | | | |
| Smile Brands Inc. | 34,560.80 | | |
| T-Mobile | 2,019.94 | 2,019.94 | 2,019.94 |
| Verizon Wireless | 4,223.00 | 4,223.00 | - |
| Pronto General Agency, LTD | 5,381.25 | 5,559.15 | 5,559.15 |
| CPR 123 | 7,709.82 | | 15,419.72 |
| Qualfon Data Services Group, LLC | 53,248.13 | 53,248.13 | 53,248.13 |
| Hispanic Association of Colleges & Universities (Vacated June) | | | |
| Lydia Security Monitoring, Inc. | 28,205.91 | 28,165.91 | |
| Gastroenterology Consultants of San Antonio | | 49,541.38 | 24,770.69 |
| Ayala & Associates, Inc. | 4,925.17 | 4,925.17 | 5,072.20 |
| Office Ally, Inc. | 41,741.29 | 41,741.29 | 41,741.29 |
| Level 3 Communications, LLC | 289.82 | 289.82 | 289.82 |
| **TOTAL RENTAL REVENUE** | 236,016.82 | 251,835.26 | 201,001.24 |
| **EXPENSE REIMBURSEMENT** | | | |
| OPEX Recoveries (Part of Tenant Payment) | 0.00 | 0.00 | 0.00 |
| **TOTAL EXPENSE REIMBURSEMENT** | 0.00 | 0.00 | 0.00 |
| **OTHER INCOME** | | | |
| Parking Income | 455.00 | 0.00 | 0.00 |
| Storage Rent | 0.00 | 0.00 | 0.00 |
| Miscelaneous | 6,629.90 | 0.00 | 0.00 |
| Other Income (Vending Machine) | 0.00 | 0.00 | 0.00 |
| **TOTAL OTHER INCOME** | 7,084.90 | 0.00 | 0.00 |
| **TOTAL REVENUES** | 243,101.72 | 251,835.26 | 201,001.24 |
| **RECOVERABLE OPERATING EXPENSE** | | | |
| **CLEANING** | | | |
| Contract Cleaning | | | |
| RG | 1,680.00 | 1,680.00 | 1,260.00 |
| JMG | 2,100.00 | 1,680.00 | 1,260.00 |
| JARS | 2,100.00 | 1,680.00 | 1,260.00 |
| MGG | 2,100.00 | 1,680.00 | 1,260.00 |

# Highpoint Lifehope SPE LLC

## Cashflow Statement

For the Month ending Aug 30th, 2022

|  |  | Jun 2022 | Jul 2022 | Aug 2022 |
|---|---:|---:|---:|---:|
| DSJ |  | 2,100.00 | 1,680.00 | 1,260.00 |
| SGG |  | 2,100.00 | 1,680.00 | 1,260.00 |
| Janitorial Supplies |  | 2,500.00 | 2,500.00 | 5,000.00 |
| Trash Removal |  | 933.76 | 2,862.34 | 0.00 |
| **TOTAL CLEANING** |  | **15,613.76** | **15,442.34** | **12,560.00** |
| **REPAIRS AND MAINT** |  |  |  |  |
| **Mgmt Eng Personnel Cost (Paid by Honan Human Resources, Debtor owes these amounts)** |  |  |  |  |
| Lynne Klein | 10,608.96 | 0.00 | 0.00 | 0.00 |
| Colt Himrod | 3,826.66 | 0.00 | 0.00 | 0.00 |
| Alma Rubio | 3,639.86 | 0.00 | 0.00 | 0.00 |
| Cindy Segovia | 3,169.80 | 0.00 | 0.00 | 0.00 |
| Plumbing Aramendia Plumbing, Heating & Air |  | 0.00 | 530.43 | 0.00 |
| Elevator Contract |  | 0.00 | 0.00 | 0.00 |
| Elevator Repair and Maint |  | 28,954.02 | 0.00 | 0.00 |
| HVAC Contract |  | 0.00 | 0.00 | 0.00 |
| HVAC Repairs and Maint / Advance Temperature Control |  | 0.00 | 4,318.11 | 0.00 |
| Building Specialties/ AB Solis Framing & Drywall |  | 0.00 | 3,800.00 | 0.00 |
| Roof Repairs |  | 0.00 | 0.00 | 0.00 |
| Clifford Power Systems, Inc. Generator Repairs |  | 0.00 | 292.06 | 0.00 |
| **TOTAL REPAIRS AND MAINT** |  | **28,954.02** | **8,940.60** | **0.00** |
| **UTILITIES** |  |  |  |  |
| Electricity |  | 89,288.45 | 0.00 | 0.00 |
| Water and Sewer |  | 42,458.04 | 16,165.98 | 0.00 |
| Gas |  |  |  |  |
| **TOTAL UTILITIES** |  | **131,746.49** | **16,165.98** | **0.00** |
| **ROADS AND GROUNDS** |  |  |  |  |
| Exterior Landscape Contract |  | 0.00 | 0.00 | 0.00 |
| **TOTAL ROADS AND GROUNDS** |  | **0.00** | **0.00** | **0.00** |
| **ADMINISTRATIVE COSTS** |  |  |  |  |
| Telephone/ AT&T |  | 5,404.86 | 1,354.70 | 0.00 |
| Time Warner Cable |  | 302.53 | 150.14 | 0.00 |
| Logix Communications |  | 481.47 | 0.00 | 988.25 |
| Teamviewer |  | 1,283.04 | 0.00 | 0.00 |
| IMPAK (Property Management Software) |  | 438.40 | 0.00 | 0.00 |
| **TOTAL ADMINISTRATIVE COSTS** |  | **7,910.30** | **1,504.84** | **988.25** |
| **MANAGEMENT FEES** |  |  |  |  |
| Property Management Fees |  | 0.00 | 0.00 | 0.00 |
| **TOTAL MANAGEMENT FEES** |  | **0.00** | **0.00** | **0.00** |
| **PROPERTY TAXES** |  |  |  |  |
| Real Estate Taxes |  | 0.00 | 0.00 | 0.00 |
| **TOTAL PROPERTY TAXES** |  | **0.00** | **0.00** | **0.00** |
| **INSURANCE** |  |  |  |  |
| Building Insurance |  | 0.00 | 0.00 | 0.00 |
| **TOTAL INSURANCE** |  | **0.00** | **0.00** | **0.00** |

# Highpoint Lifehope SPE LLC

## Cashflow Statement

For the Month ending Aug 30th, 2022

|  | Jun 2022 | Jul 2022 | Aug 2022 |
|---|---:|---:|---:|
| **TOTAL RECOVERABLE OPERATING EXPENSE** | 184,224.57 | 42,053.76 | 13,548.25 |
| **OPERATING GROUND LEASE** | | | |
|   Ground/Air Lease | 60,846.75 | 121,693.50 | 0.00 |
|   **TOTAL OPERATING GROUND LEASE** | 60,846.75 | 121,693.50 | 0.00 |
| **NET OPERATING INCOME** | -1,969.60 | 88,088.00 | 187,452.99 |
| **NOI AFTER NONRECOVERABLES** | -1,969.60 | 88,088.00 | 187,452.99 |
| **CORPORATE G AND A EXPENSES** | | | |
| **CORP G AND A MISC** | | | |
|   Bank Service and Fees | 681.72 | 670.53 | 692.85 |
|   Corporate Late Fees (KBC | 0.00 | 215,000.00 | 200,000.00 |
|   **TOTAL CORP G AND A MISC** | 681.72 | 215,670.53 | 200,692.85 |
| **TOTAL CORPORATE G AND A EXPENSES** | 681.72 | 215,670.53 | 200,692.85 |
| **DEPRECIATION AMORT AND INTEREST** | | | |
|   **DEPRECIATION EXPENSE** | | | |
|     Building Depreciation Exp | 0.00 | 0.00 | 0.00 |
|     **TOTAL DEPRECIATION EXPENSE** | 0.00 | 0.00 | 0.00 |
| **AMORTIZATION EXPENSE** | | | |
|   Loan Cost Amortization | 0.00 | 0.00 | 0.00 |
|   **TOTAL AMORTIZATION EXPENSE** | 0.00 | 0.00 | 0.00 |
| **INTEREST EXPENSE** | | | |
|   Capital One | 0.00 | 0.00 | 0.00 |
|   Hyber-Kelsey (FNA VI, LLC) | 72,679.88 | 0.00 | 0.00 |
|   **TOTAL INTEREST EXPENSE** | 72,679.88 | 0.00 | 0.00 |
|   **TOTAL DEPRECIATION AMORT AND INTEREST** | 72,679.88 | 0.00 | 0.00 |
| **NET INCOME (LOSS)** | -75,331.20 | -127,582.53 | -13,239.86 |
| **Closing Balance** | 236,525.33 | 108,942.80 | 95,702.94 |