# Exhibit "D"

Highpoint Lifehope SPE LLC

**Cash Floq Statement**

Period = Sep 1, 2022- Sep 30, 2022

Book = Accrual ; Tree = ysi_is

|  | TOTAL |
|---|---:|
| **Opening Balance** | **95,702.94** |
| **REVENUES** |  |
| RENTAL REVENUE |  |
|   Tower 1 |  |
|   Vitas Healthcare Systems | 35,253.30 |
|   Charles Gutierrez, PhD, Ltd, LLP |  |
|   San Antonio Preventative & Diagnostics | 17,627.00 |
|   Legacy Heart Care, LLC (Abatement) |  |
|   Sa Spine, LLC (Abatement) |  |
|   iKare Medical Management (Abatement) |  |
|   Tower 2 |  |
|   Smile Brands Inc. |  |
|   T-Mobile | 2,019.94 |
|   Verizon Wireless |  |
|   Pronto General Agency, LTD |  |
|   CPR 123 | 7,709.86 |
|   Qualfon Data Services Group, LLC | 53,248.13 |
|   Hispanic Association of Colleges & Universities (Vacated June) |  |
|   Lydia Security Monitoring, Inc. |  |
|   Gastroenterology Consultants of San Antonio | 24,770.69 |
|   Ayala & Associates, Inc. | 5,072.20 |
|   Office Ally, Inc. | 41,741.29 |
|   Level 3 Communications, LLC | 289.82 |
|   **TOTAL RENTAL REVENUE** | **187,732.23** |
| EXPENSE REIMBURSEMENT |  |
|   OPEX Recoveries (Part of Tenant Payment) | 0.00 |
|   **TOTAL EXPENSE REIMBURSEMENT** | **0.00** |
| OTHER INCOME |  |
|   Parking Income | 0.00 |
|   Storage Rent | 0.00 |
|   Miscelaneous | 0.00 |
|   Other Income (Vending Machine) | 0.00 |
|   **TOTAL OTHER INCOME** | **0.00** |
| **TOTAL REVENUES** | **187,732.23** |
| RECOVERABLE OPERATING EXPENSE |  |
| CLEANING |  |
|   Contract Cleaning | 0.00 |
|   Janitorial Supplies | 0.00 |
|   Trash Removal | 0.00 |
|   **TOTAL CLEANING** | **0.00** |
| REPAIRS AND MAINT |  |
|   Mgmt Eng Personnel Cost | 0.00 |
|   Plumbing | 0.00 |
|   Elevator Contract | 0.00 |

Highpoint Lifehope SPE LLC

**Cash Floq Statement**

Period = Sep 1, 2022- Sep 30, 2022

Book = Accrual ; Tree = ysi_is

|  | TOTAL |
|---|---:|
| Elevator Repair and Maint | 0.00 |
| HVAC Contract | 0.00 |
| HVAC Repairs and Maint | 0.00 |
| Building Specialties | 0.00 |
| Roof Repairs | 0.00 |
| Clifford Power Systems, Inc. Generator Repairs | 0.00 |
| **TOTAL REPAIRS AND MAINT** | **0.00** |
| **UTILITIES** | |
| Electricity | 0.00 |
| Water and Sewer | 0.00 |
| Gas | 0.00 |
| **TOTAL UTILITIES** | **0.00** |
| **ROADS AND GROUNDS** | |
| Exterior Landscape Contract | 0.00 |
| **TOTAL ROADS AND GROUNDS** | **0.00** |
| **ADMINISTRATIVE COSTS** | |
| Telephone/ AT&T | 0.00 |
| IMPAK (Property Management Software) | 0.00 |
| **TOTAL ADMINISTRATIVE COSTS** | **0.00** |
| **MANAGEMENT FEES** | |
| Property Management Fees | 0.00 |
| **TOTAL MANAGEMENT FEES** | **0.00** |
| **PROPERTY TAXES** | |
| Real Estate Taxes | 0.00 |
| **TOTAL PROPERTY TAXES** | **0.00** |
| **INSURANCE** | |
| Building Insurance | 0.00 |
| **TOTAL INSURANCE** | **0.00** |
| **TOTAL RECOVERABLE OPERATING EXPENSE** | **0.00** |
| **OPERATING GROUND LEASE** | |
| Ground/Air Lease | 60,846.75 |
| **TOTAL OPERATING GROUND LEASE** | **60,846.75** |
| **NET OPERATING INCOME** | **126,885.48** |
| **NOI AFTER NONRECOVERABLES** | **126,885.48** |
| **CORPORATE G AND A EXPENSES** | |
| **CORP G AND A MISC** | |
| Bank Service and Fees | 744.91 |
| Legal Fees | 0.00 |
| **TOTAL CORP G AND A MISC** | **744.91** |
| **TOTAL CORPORATE G AND A EXPENSES** | **744.91** |

Highpoint Lifehope SPE LLC

**Cash Floq Statement**

Period = Sep 1, 2022- Sep 30, 2022

Book = Accrual ; Tree = ysi_is

|  | TOTAL |
|---|---:|
| **DEPRECIATION AMORT AND INTEREST** | |
|   **DEPRECIATION EXPENSE** | |
|     Building Depreciation Exp | 0.00 |
|     **TOTAL DEPRECIATION EXPENSE** | **0.00** |
| | |
|   **AMORTIZATION EXPENSE** | |
|     Loan Cost Amortization | 0.00 |
|     **TOTAL AMORTIZATION EXPENSE** | **0.00** |
| | |
|   **INTEREST EXPENSE** | |
|     Capital One | 0.00 |
|     Hyber-Kelsey (FNA VI, LLC) | 0.00 |
|     **TOTAL INTEREST EXPENSE** | **0.00** |
|     **TOTAL DEPRECIATION AMORT AND INTEREST** | **0.00** |
| | |
| **NET INCOME (LOSS)** | **126,140.57** |
| | |
| **Closing Balance** | **- 221,843.51 -** |