# **Exhibit "E"**

## SPORTS TURF FLOORING TENANT TI PURCHASE

Sports turf Flooring — $215,000

| 1. The date payment was made | 2. To whom it was made | 3. The amount | 4. Why payment was made | 5. Who paid for it | |
|---|---|---|---|---|---|
| 6/27/2022 | Stamina Sports Performance Affiliate - Highpoint Tenant | $25,000 | Deposit | Richmond Honan Development & Acquisition | Honan Affiliate |
| 7/1/2022 | Stamina Sports Performance Affiliate - Highpoint Tenant | $26,000 | Deposit | Richmond Honan Development & Acquisition | Honan Affiliate |
| 8/12/2022 | Stamina Sports Performance Affiliate - Highpoint Tenant | $150,000 | Installment Payment | Highpoint Jam Investors - Lifehope Practice Management | Honan Affiliate |
| 8/18/2022 | Stamina Sports Performance Affiliate - Highpoint Tenant | $59,100 | Installment Payment | Highpoint Jam Investors - L & S Capital Holdings | Honan Affiliate |
| **Total:** | | **$260,100** | | | |

## NEWCO UNSECURED DEBT PAYOFF

NewCo — $200,000

| 1. The date payment was made | 2. To whom it was made | 3. The amount | 4. Why payment was made | 5. Who paid for it | |
|---|---|---|---|---|---|
| 7/8/2022 | Newco Capital sues Highpoint (for purpose of explanation) | | | | |
| 7/8/2022 - 7/29/2022 | KBC negotiates with Newco for settlement amount of $202,000 / in order to induce Newco to settle Honan agrees to put up additional cash flowing asset collateral (FPC) | | | | |
| 7/29/2022 | Newco Capital | **$202,000** | Highpoint unsecured debt obligation | FPC | Honan Affiliate |

**NOTE:** 7/29/2022 Richmond Honan Development & Acquisitions deposits into FPC Partners Truist account $225,000 for settlement pay-off to Newco prior to FPC loan closing. FPC Closing occurred on 9/6/2022