# Exhibit "D"

## Highpoint Lifehope SPE LLC

**Cash Floq Statement**

Period = Sep 1, 2022- Sep 30, 2022

Book = Accrual ; Tree = ysi_is

|  | TOTAL |
|---|---:|
| **Opening Balance** | **95,702.94** |
| **REVENUES** | |
| RENTAL REVENUE | |
| Tower 1 | |
| Vitas Healthcare Systems | 35,253.30 |
| Charles Gutierrez, PhD, Ltd, LLP | |
| San Antonio Preventative & Diagnostics | 17,627.00 |
| Legacy Heart Care, LLC (Abatement) | |
| Sa Spine, LLC (Abatement) | |
| iKare Medical Management (Abatement) | |
| | |
| Tower 2 | |
| Smile Brands Inc. | |
| T-Mobile | 2,019.94 |
| Verizon Wireless | |
| Pronto General Agency, LTD | |
| CPR 123 | 7,709.86 |
| Qualfon Data Services Group, LLC | 53,248.13 |
| Hispanic Association of Colleges & Universities (Vacated June) | |
| Lydia Security Monitoring, Inc. | |
| Gastroenterology Consultants of San Antonio | 24,770.69 |
| Ayala & Associates, Inc. | 5,072.20 |
| Office Ally, Inc. | 41,741.29 |
| Level 3 Communications, LLC | 289.82 |
| **TOTAL RENTAL REVENUE** | **187,732.23** |
| | |
| **EXPENSE REIMBURSEMENT** | |
| OPEX Recoveries (Part of Tenant Payment) | 0.00 |
| **TOTAL EXPENSE REIMBURSEMENT** | **0.00** |
| | |
| **OTHER INCOME** | |
| Parking Income | 0.00 |
| Storage Rent | 0.00 |
| Miscelaneous | 0.00 |
| Other Income (Vending Machine) | 0.00 |
| **TOTAL OTHER INCOME** | **0.00** |
| | |
| **TOTAL REVENUES** | **187,732.23** |
| | |
| **RECOVERABLE OPERATING EXPENSE** | |
| CLEANING | |
| Contract Cleaning | 0.00 |
| Janitorial Supplies | 0.00 |
| Trash Removal | 0.00 |
| **TOTAL CLEANING** | **0.00** |
| | |
| **REPAIRS AND MAINT** | |
| Mgmt Eng Personnel Cost | 0.00 |
| Plumbing | 0.00 |
| Elevator Contract | 0.00 |

Highpoint Lifehope SPE LLC

**Cash Floq Statement**

Period = Sep 1, 2022- Sep 30, 2022

Book = Accrual ; Tree = ysi_is

| | TOTAL |
|---|---:|
| Elevator Repair and Maint | 0.00 |
| HVAC Contract | 0.00 |
| HVAC Repairs and Maint | 0.00 |
| Building Specialties | 0.00 |
| Roof Repairs | 0.00 |
| Clifford Power Systems, Inc. Generator Repairs | 0.00 |
| **TOTAL REPAIRS AND MAINT** | **0.00** |
| **UTILITIES** | |
| Electricity | 0.00 |
| Water and Sewer | 0.00 |
| Gas | 0.00 |
| **TOTAL UTILITIES** | **0.00** |
| **ROADS AND GROUNDS** | |
| Exterior Landscape Contract | 0.00 |
| **TOTAL ROADS AND GROUNDS** | **0.00** |
| **ADMINISTRATIVE COSTS** | |
| Telephone/ AT&T | 0.00 |
| IMPAK (Property Management Software) | 0.00 |
| **TOTAL ADMINISTRATIVE COSTS** | **0.00** |
| **MANAGEMENT FEES** | |
| Property Management Fees | 0.00 |
| **TOTAL MANAGEMENT FEES** | **0.00** |
| **PROPERTY TAXES** | |
| Real Estate Taxes | 0.00 |
| **TOTAL PROPERTY TAXES** | **0.00** |
| **INSURANCE** | |
| Building Insurance | 0.00 |
| **TOTAL INSURANCE** | **0.00** |
| **TOTAL RECOVERABLE OPERATING EXPENSE** | **0.00** |
| **OPERATING GROUND LEASE** | |
| Ground/Air Lease | 60,846.75 |
| **TOTAL OPERATING GROUND LEASE** | **60,846.75** |
| **NET OPERATING INCOME** | **126,885.48** |
| **NOI AFTER NONRECOVERABLES** | **126,885.48** |
| **CORPORATE G AND A EXPENSES** | |
| **CORP G AND A MISC** | |
| Bank Service and Fees | 744.91 |
| Legal Fees | 0.00 |
| **TOTAL CORP G AND A MISC** | **744.91** |
| **TOTAL CORPORATE G AND A EXPENSES** | **744.91** |

Highpoint Lifehope SPE LLC

**Cash Floq Statement**

Period = Sep 1, 2022- Sep 30, 2022

Book = Accrual ; Tree = ysi_is

|  | TOTAL |
|---|---:|
| **DEPRECIATION AMORT AND INTEREST** | |
|   **DEPRECIATION EXPENSE** | |
|     Building Depreciation Exp | 0.00 |
|     **TOTAL DEPRECIATION EXPENSE** | **0.00** |
| | |
|   **AMORTIZATION EXPENSE** | |
|     Loan Cost Amortization | 0.00 |
|     **TOTAL AMORTIZATION EXPENSE** | **0.00** |
| | |
|   **INTEREST EXPENSE** | |
|     Capital One | 0.00 |
|     Hyber-Kelsey (FNA VI, LLC) | 0.00 |
|     **TOTAL INTEREST EXPENSE** | **0.00** |
|     **TOTAL DEPRECIATION AMORT AND INTEREST** | **0.00** |
| | |
| **NET INCOME (LOSS)** | 126,140.57 |
| | |
| **Closing Balance** | **- 221,843.51 -** |