# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 22−50929−mmp
Chapter No.: 11
Judge: Michael M Parker

IN RE: **Highpoint Lifehope SPE, LLC** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at  San Antonio Courtroom 1, Hipolito F. Garcia Fed Bldg & Courthouse, 615 E. Houston St., San Antonio, TX 78205

on  **11/14/22 at 10:00 AM**

Hearing to Consider and Act Upon the Following: (1.) IF PARTIES DO NOT WISH TO APPEAR IN PERSON CONTACT THE COURTROOM DEPUTY, DEANNA CASTLEBERRY BY TELEPHONE (210) 472−6720 EXT. 5735 OR BY E−MAIL AT deanna_castleberry@txwb.uscourts.gov to APPEAR VIA TELEPHONE OR WEBEX. (2.) IF YOU HAVE WITNESSES OR EXHIBITS YOU MUST APPEAR IN PERSON OR, IF GRANTED LEAVE OF COURT, BY WEBEX. (3.) IF TIME ESTIMATE EXCEEDS 20 MINUTES, PLEASE E−MAIL DEANNA CASTLEBERRY AT: deanna_castleberry@txwb.uscourts.gov. ) (Related Document(s): 59 Motion for Order Granting Stay Relief filed by Robert P. Harris for Creditor Capital One, National Association. Hearing Scheduled For 11/14/2022 at 10:00 AM at SA Courtroom 1. (Castleberry, Deanna)

Dated: 10/24/22

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)]** [NtchrgBKap20]