# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 22−50929−mmp
Chapter No.: 11
Judge: Michael M Parker

IN RE: **Highpoint Lifehope SPE, LLC** , Debtor(s)

## NOTICE OF HEARING ON APPROVAL OF DISCLOSURE STATEMENT

Notice is hereby given that the following document was filed:

*97* − Disclosure Statement filed by Natalie F. Wilson for Debtor Highpoint Lifehope SPE, LLC. (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Service List)(Wilson, Natalie) (related document(s): 96 − 97 Chapter 11 Plan filed by Natalie F. Wilson for Debtor Highpoint Lifehope SPE, LLC. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Service List))
101

A hearing will be held

at    San Antonio Courtroom 1, Hipolito F. Garcia Fed Bldg & Courthouse, 615 E. Houston St., San Antonio, TX 78205

on    **12/20/22 at 10:00 AM**

to consider and to rule on the adequacy of the information contained in such proposed Disclosure Statement and to consider any other matter that may properly come before the Court at that time.

1. Any Objections to the Disclosure Statement shall be filed with the Court and served on the Debtor(s), Trustee, if by any, to any Committee appointed pursuant to the Bankruptcy Code, and to such other entity as may be designated by the Court by **12/13/2022** .

2. A copy of the Disclosure Statement is available on the Court's electronic docket and may be viewed through *Public Access to Court Electronic Records* at www.pacer.gov. The Disclosure Statement in electronic format may also be viewed at any office of the Clerk of the Court during the Clerk's business hours.

The hearing may be adjourned from time to time by announcement made in open Court without further notice.

Dated: 11/22/22

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Approval of Disclosure Statement Hearing Notice] [Ntchrgdsapac]