*#111 First Interim Application Of Langley & Banack, Inc. For The Allowance of Fees and Reimbursement of Expenses As Bankruptcy Counsel To The Debtor and Request For Partial Payment of Same (21 Day Objection Language), Fees $ 59,297.50 and Expenses $ 2,963.94, For Time Period From 8/22/2022 To Time Period Ending 11/30/2022 filed by Natalie F. Wilson for Attorney Langley & Banack, Inc..*

*#119 Application to Employ and Retain MCA Financial Group, Ltd. as Third-Party Property Manager Nunc Pro Tunc to November 28, 2022 filed by Natalie F. Wilson for Debtor Highpoint Lifehope SPE, LLC.*

## EXHIBIT AND WITNESS LIST

AO 187 (REV. 4/82)

| Highpoint Lifehope SPE | vs. | | DISTRICT COURT Western (**SAN ANTONIO**) |
|---|---|---|---|
| PLAINTIFF'S ATTORNEY **Natalie Wilson** | DEFENDANT'S ATTORNEY | | DOCKET NUMBER **22-50929 P-11** |
| | | | TRIAL DATE(S) **December 20, 2022** |
| PRESIDING JUDGE **MICHAEL M. PARKER** | ELECTRONIC COURT RECORDING OPERATOR **Roxanne Mujica** | | COURTROOM DEPUTY **Deanna Castleberry** |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS * AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | **FILED** |
| | | | | | DEC 2 0 2022 |
| | | | | | U.S. BANKRUPTCY COURT BY _____ DEPUTY |
| | | | | | |
| 1 | | | | | Schedules, Statements, and Summary [Dkt. 44] |
| 2 | | | | | Monthly Operating Report for the Month Ending 8.31.22 [Dkt. 43] |
| 3 | | | | | Monthly Operating Report for the Month Ending 9.30.22 [Dkt. 57] |
| 4 | | | | | Monthly Operating Report for the Month Ending 10.31.22 [Dkt. 95] |
| 5 | | | | | Stipulated Interim Order [Dkt. 109] |
| 6 | | 12-20-22 | XXXX | 12-20-22 | Affidavit of Natalie F. Wilson, with attachments [Dkt. 111-2] |
| 7 | | 12-20-22 | XXXX | 12-20-22 | Declaration of M. Aaron, with attachments [Dkt. 119-1] |
| 8 | | | | | Draft Sources and Uses related to proposed sale of Debtor's assets |
| 9 | | | | | Claims Register as of 12.19.22 [will be provided at hearing] |

| 10 | | | | | Docket Sheet as of 12.19.22 [will be provided at hearing] |
|----|--|--|--|--|--|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Page(s)