**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HIGHPOINT LIFEHOPE SPE, LLC, | § | CASE NO. 22-50929-MMP |
| | § | |
| | § | Chapter 11 |
| DEBTOR. | § | |

**OBJECTION OF WOODBRANCH HIGHPOINT LLC TO NEW SALE PROCEDURES DATES AND DEADLINES REGARDING EMERGENCY MOTION FOR ORDER RELATING TO EXTENSION OF SALE PROCESS, INCLUDING CONTINUANCE OF MARCH 29, 2023 HEARING ON ASSUMPTION AND ASSIGNMENT OF CERTAIN UNEXPIRED LEASES (RE: DOCKET NO. 226)**

**TO THE HONORABLE MICHAEL M. PARKER, U.S. BANKRUPTCY JUDGE:**

Woodbranch Highpoint LLC, ground lessor, creditor, and party in interest ("Woodbranch"), files this *Objection of Woodbranch Highpoint LLC to New Sale Procedures Dates and Deadlines* regarding the *Emergency Motion for Order Relating to Extension of sale Process, Including Continuance of March 29, 2023 Hearing on Assumption and Assignment of Certain Unexpired Leases* (Docket No. 226) ("Motion 226"), and in support thereof would show the Court the following.

1. For the reasons stated in the Motion to Dismiss (Docket No. 241) filed by Woodbranch, Woodbranch objects to any further sale processes in this case, because this case should be dismissed, and, therefore, Woodbranch objects to the extension of dates and deadlines in the Motion 226.

2. This case only exists at this point to benefit Capital One and no other party.

3. Capital One has had its chance to conduct a sale from the outset of this case, and more specifically in the last 90-120 days. That chance has concluded without any real or meaningful bids.

4. It is time for this case to conclude and for all involved to avoid (i) further burden, time, and expense for parties, including Woodbranch and the property tenants (Office Ally, SAPDM, and others), (ii) further involvement of the Court in the decision making of this case as may be required under the Code and thus require further expenditure of resources by the parties; (iii) the continued administrative obligations and expenses by the estate over the next several weeks or months; (iv) avoid further unnecessary monitory by the U.S. Trustee that continues for zero benefit of any creditors (especially in light of the Woodbranch matching carveout); and (v) the further expenditure of judicial resources, also for no ultimate benefit to or for a body of creditors.

5. Moreover, this is a zombie case at this point. The Debtor's actions in the case are a mere conduit for Capital One. Mr. Honan hasn't set foot in San Antonio during this entire case, and certainly not in the courtroom. The Debtor is not involved in any day-to-day operations of the property, any decision making about this case at this point, nor the direction and conclusion of this case.

6. Capital One possess adequate remedies outside of bankruptcy to protect its interest and to accomplish exactly what Capital One is getting now, but without the extra burden to and lack of benefit for all the other parties. Zero reason exists for this case to continue.

7. In the unlikely event that this case continues, and/or if any sale process is to continue at all, it must be done at a minimum with Woodbranch having full access to all potential bidders and all information, at all times, and not filtered by Capital One and MCA.

**OBJECTION OF WOODBRANCH HIGHPOINT LLC TO NEW SALE PROCEDURES DATES AND DEADLINES REGARDING OBJECTION OF WOODBRANCH HIGHPOINT LLC TO NEW SALE PROCEDURES DEADLINES REGARDING EMERGENCY MOTION FOR ORDER RELATING TO EXTENSION OF SALE PROCESS, INCLUDING CONTINUANCE OF MARCH 29, 2023 HEARING ON ASSUMPTION AND ASSIGNMENT OF CERTAIN UNEXPIRED LEASES (RE: DOCKET NO. 226) — Page 2**  2321318.DOCX

8. Woodbranch will present additional arguments at the April 4 hearing.

9. Woodbranch reserves the right to amend and/or supplement this pleading at any time prior to the hearing.

10. It appears concurrent with the finalization and filing of this objection that Woodbranch has filed a pleading to address going forward revised sale procedures (Docket No. 259), *which 61-page pleading and proposed timetable and proposed order were not associated with Woodbranch prior to filing*.

WHEREFORE, Woodbranch Highpoint LLC respectfully requests that the Court approve no further sale process and/or procedures in this case going forward, and that the Court dismiss this case immediately as set forth in the pending motion(s). Woodbranch requests such other and further relief to which it is entitled at law or in equity.

Dated: April 3, 2023

Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: */s/ Jeff Carruth*
JEFF CARRUTH (TX SBN:. 24001846)
3030 Matlock Rd., Suite 201
Arlington, Texas 76105
Telephone: (713) 341-1158
E-mail: jcarruth@wkpz.com

ATTORNEYS FOR
WOODBRANCH HIGHPOINT, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on February 22, 2023 (1) by electronic notice to all ECF users who have appeared in this case to date (2) by regular mail (without exhibits) to all parties appearing in the attached address list (i.e. mailing matrix) obtained from the Court's PACER facility, as set forth in the attached lists.

**ANY PARTY REQUIRING A FULL-SIZED COPY OF THIS DOCUMENT OR ANY OF THE EXHIBITS SHOULD CONTACT THE UNDERSIGNED.**

*/s/ Jeff Carruth*
JEFF CARRUTH

**ECF SERVICE LIST**

**22-50929-mmp Notice will be electronically mailed to:**

Jeff Carruth on behalf of Creditor Woodbranch Highpoint, LLC
jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com

Erin Coughlin on behalf of U.S. Trustee United States Trustee - SA12
erin.coughlin@usdoj.gov,
roxana.peterson@usdoj.gov;carey.a.tompkins@usdoj.gov;omar.e.jones@usdoj.gov

Robert P. Harris on behalf of Creditor Capital One, National Association
robert.harris@quarles.com, catherine.allen@quarles.com;sybil.aytch@quarles.com

Tara LeDay on behalf of Creditor FNA VI, LLC
tara.leday@chamberlainlaw.com,
lisa.adair@chamberlainlaw.com;vcovington@mvbalaw.com;bankruptcy@mvbalaw.com;pbowers@mvbalaw.com

Jay Ong on behalf of Creditor Capital One, National Association
jong@munsch.com, amays@munsch.com;jay-ong-4326@ecf.pacerpro.com

Don Stecker on behalf of Creditor Bexar County
don.stecker@lgbs.com

United States Trustee - SA12
USTPRegion07.SN.ECF@usdoj.gov

Natalie F. Wilson on behalf of Attorney Langley & Banack, Inc.
nwilson@langleybanack.com, cjohnston@langleybanack.com;sfoushee@langleybanack.com

Natalie F. Wilson on behalf of Debtor Highpoint Lifehope SPE, LLC
nwilson@langleybanack.com, cjohnston@langleybanack.com;sfoushee@langleybanack.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-5<br>Case 22-50929-mmp<br>Western District of Texas<br>San Antonio<br>Mon Mar 27 13:24:49 CDT 2023 | Highpoint Lifehope SPE, LLC<br>11680 Great Oaks Way, Suite 120<br>Alpharetta, GA 30022-2458 | U.S. BANKRUPTCY COURT<br>615 E. HOUSTON STREET, ROOM 597<br>SAN ANTONIO, TX 78205-2055 |
| 101 Mobility San Antoio<br>dba Bach Mobility LLC<br>12500 Network Blvd Ste 101<br>San Anonio, TX 78249-3308 | A.J. Monier Service O.<br>1446 N. Flores St.<br>San Antonio, TX 78212-4997 | Advanced Terperature Control LLC<br>P.O. Box 1126<br>Helotes, TX 78023-1126 |
| AmeriTex Elevator Texas, LLC<br>12050 Crownpoint Dr.<br>San Antonio, TX 78233-5362 | Arrow Key Service<br>4322 Vance Jackson Rd.<br>San Antonio TX 78230-5321 | Automated Logic Contracting<br>555 East Ramsey Rd.<br>San Antonio TX 78216-4640 |
| BBA, LLC<br>Attn: Cris Craft<br>20501 Katy Freeway, Suite 212<br>Katy, Texas 77450-1942 | (p)LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ATTN DON STECKER<br>112 E PECAN<br>SUITE 2200<br>SAN ANTONIO TX 78205-1588 | Bexar County Tax Assessor<br>P.O. Box 839950<br>San Antonio, TX 78283-3950 |
| Bill Powell Home Improvement<br>9315 Pinkerton Way<br>San Antonio, TX 78254-5324 | BrandSafway Solutions, LLC<br>dba/Big City<br>1018 AT&T Center Parkway<br>San Antonio, TX 78219-3110 | CNA Commercial Insurance<br>500 Colonial Center Parkway<br>Lake Mary, FL 32746-7630 |
| CPS Energy<br>Bankruptcy Section<br>500 McCullough Ave., Mail Drop CT1201<br>San Antonio, Texas 78215-2104 | CPS Energy<br>PO Box 4349<br>Carol Stream, IL 60197-4349 | CT Corporation<br>PO Box 4349<br>Carol Stream IL 60197-4349 |
| Capital One<br>First Mortgage<br>Kasia Dobrzanska, Senior Director<br>77W. Wacker Drive, 10th Floor<br>Chicago, IL 60601-1632 | Capital One, National Association<br>c/o Jay H. Ong<br>Munsch Hardt Kopf & Harr, PC<br>1717 West 6th Street, Suite 250<br>Austin, TX 78703-4777 | Capital One, National Association<br>c/o John Harris, Esq.<br>Quarles & Brady LLP<br>2 N. Central Avenue<br>Phoenix, AZ 85004-2322 |
| Catapult Health LLC<br>5294 Belt Line Rd. Ste 200<br>Dallas TX 75254-7571 | Century Electric<br>5712 Mobud<br>San Antonio,TX 78238-1819 | Century Pest Control, Inc.<br>1335 Basse Rd.<br>San Antonio, TX 78212-1009 |
| City of San Antonio acting by and through<br>San Antonio Water System<br>c/o Law Offices of Elizabeth G. Smith<br>6655 First Park Ten, Suite 240<br>San Antonio, TX 78213-4304 | Clifford Power Systems, Inc.<br>Dpt. 1754<br>Tulsa, OK 74182-0001 | Coastline LTD<br>428 South Main St. Suite B-103<br>Davidson NC 28036-7063 |
| Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX 78711-2548 | FNA VI, LLC<br>c/o CHAMBERLAIN HRDLICKA<br>Attn: Tara LeDay<br>1200 Smith Street, Suite 1400<br>Houston, TX 77002-4496 | Facility Solutions Group<br>3003 NE Loop 410 Ste 103<br>San Antonio, TX 78218-1552 |

2321318.DOCX

```
(p)FACILITY SOLUTIONS GROUP  INC        Family Endeavors, Inc.              Ferguson Enterprises, LLC
4401 WESTGATE BLVD STE 310              Attn: Accounting                    c/o Mark A. Kirkorsky, P.C.
AUSTIN TX 78745-1494                    6363 DeZavla Rd                     PO Box 25287
                                        San Antonio TX 78249-2103           Tempe, AZ 85285-5287


Flow Therapy                            Grainger                            Gregory M. Taube
Med-Tech Construction                   4924 NW Loop 410                    Nelson Mullins Riley & Scarborough LLP
2500 West Freeway Ste 200               San Antonio, TX 78229-5312          201 17th Street NW, Suite 1700
Ft Worth TX 76102-5851                                                      Atlanta, GA 30363-1099


(p)GUARANTEED CLAIM FUNDING LLC         Guaranteed Claim Funding LLC        HD Supply Facilities Maintenance
1000 BRICKELL AVE                       PO Box 735491                       PO Box 509058
SUITE 715 DPT 30044                     Chicago, IL 60673-5491              San Diego CA 92150-9058
MIAMI FL 33131-3013


Health Trust Workforce                  Higginbotham Insurance Agency       Higginbotham Insurance Agency, Inc.
9725 Datapoint Drive                    C/O M. Jermaine Watson, Esq.        Lipscomb & Pitts Insurance
San Antonio, TX 78229-2384              Cantey Hanger LLP                   500 W. 13th St.
                                        600 West 6th Street, Ste 300        Fort Worth, TX 76102-4656
                                        Fort Worth, TX 76102-6898


Homann Developement Services            Hunter-Kelsey of Texas, LLC         ICJ Group Services
10722 Sentinel St.                      7200 N. Mopac Blvd. Suite 120       8602 Yellow Cactus Road
San Antonio< TX 78217-3814              Austin, TX 78731-3058               San Antonio, TX 78254-2369


ICJ Group Services                      Internal Revenue Service            JPM Building Systems
9130 Warp Drive                         P.O. Box 7346                       1115 Shady Lane
San Antonio, TX 78254-2134              Philadelphia, PA  19101-7346        Austin, TX 78721-3024


John Broude                             Johnson Controls Fire Protection LP Johnson Controls Inc.
Broude Jennings & McGlinchey PC         10405 Crosspoint Blvd               District 492
306 West 7th Street, Suite 306          Indianapolis, IN 46256-3323         1070 Arion Cir
Fort Worth 76102-4906                                                       San Antonio, TX 78216-2839


Kerch Services, LLC                     Lawton Commerical Services LP       Legacy Heart Care, LLC
9130 Warp Dr.                           PO Box 1179                         c/o Michael Gratch
San Antoni, TX 78254-2134               McKinney TX 75070-8148              2500 West Fwy #200
                                                                            Fort Worth, TX 76102-5851


Liberty Mutual Insurance                Logix Fiber Networks                Lydia Security Monitoring, Inc.
100 Mutual Insurance                    P.O. Box 734120                     8415 Datapoint Drive, Suite 500
Dover, NH 03820                         Dallas< TX 75373-4120               San Antonio, Texas 78229-3275


Lydia Security Monitoring, Inc.         Lydia Security Monitoring, Inc.     Lynne Klein
James D. Rosenblatt                     c/o Elena P. Serna                  110 Viewpoint Drive E
16731 Huebner Road                      Rosenblatt Law Firm                 Boerne, TX 78006-8964
San Antonio, Texas 78248-2351           16731 Huebner Road
                                        San Antonio, Texas 78248-2351
```

| | | |
|---|---|---|
| M&M Metals<br>103 Braniff Drive<br>San Antonio, TX 78216-3399 | MLC Landscaping Co, Inc.<br>14618 Jones Maltsberger Rd<br>San Antonio TX 78247-3750 | MLC Landscaping Co., Inc<br>c/o Law Offices of R. David Fritsche<br>921 Proton Road<br>San Antonio, TX 78258-4203 |
| MLC Landscaping Co., Inc.<br>c/o Law Offices of R. David Fritsche<br>921 Proton Road<br>San Antonio, Texas 78258-4203 | Marvin F. Poer & CO<br>PO Box 674300<br>Dallas TX 75267-4300 | Matera Paper Company Inc.<br>835 North WW White Rd<br>San Antonio, TX 78219-2714 |
| Morrison Supply Company<br>10130 Jones Maltsberger<br>San Antonio, TX 78216-4149 | Newco Capital Group VI LLC<br>1 Whitehall Street Ste 200<br>New York, NY 10004-2109 | Office Ally, Inc.<br>c/o Gregory M. Taube<br>Nelson Mullins Riley & Scarborough LLP<br>201 17th Street NW, Suite 1700<br>Atlanta, GA 30363-1099 |
| Orion Client Services, LLC<br>17721 Rogers Ranch Pkwy<br>Suite 100<br>San Antonio, TX 78258-4652 | PDG Maintenance Services<br>24165 IH 10 West<br>San Antonio, TX 78257-1449 | Qualfon Dara Services Group, LLC<br>c/o Leslie M. Luttrell<br>Luttrell + Carmody Law Group<br>100 N.E. Loop 410, Suite 615<br>San Antonio, Texas 78216-4713 |
| San Antonio Water System<br>PO Box 2990<br>San Antonio< TX 78299-2990 | Scott Honan<br>c/o Lisa C. Fancher<br>Fritz Byrne, PLLC<br>221 West Sixth St. Suite 960<br>Austin, TX 78701-3444 | Service Mechanical Group LLC<br>11011 Wye St.<br>San Antonio, TX 78217-2615 |
| Simplex Grinnell<br>Johnson Controls Fire Proetec<br>Dept CH 10320<br>Palatine IL 60055-0001 | Small Business Financial Solutions<br>Rapid Finance<br>4500 East West Highway 6th Fl<br>Bethesda MD 20814-3327 | South Texas Radiology<br>PO Box 29441<br>San Antonio, TX 78229-0441 |
| Team Viewer Germany GMbH<br>PO Box 743135<br>Atlanta GA 30374-3135 | TefftNet, Inc. / IMPAK<br>9575 Katy Fwy, Ste 360<br>Houston< TX 77024-1462 | Texas Dept of Licensing & Reg<br>PO Box 12157<br>Autin, TX 78711-2157 |
| Texas Public Radio Corp<br>Irma & Emilio Nicolas Media Ctr<br>321 W Commerce St.<br>San Antonio TX 78205-2408 | The Filter Man LLC<br>18924 E. Industrial Pkwy<br>New Caney< TX 77357-3507 | Transwestern Commercial Services<br>Attn Commission Accounting<br>2300 Nroth Field St. Ste 2000<br>Dallas, TX 75201 |
| US Attorney General<br>Main Justice Bldg., #5111<br>10th & Constitutional Ave., NW<br>Washington, DC 20530-0001 | United States Trustee - SA12<br>US Trustee's Office<br>615 E Houston, Suite 533<br>San Antonio, TX 78295-1601 | University Health Systems<br>4502 Medical Drive MS #107-1<br>San Antonio, TX 78229-4402 |
| WRICO Corporation<br>9783 Loop 106<br>San Antonio, TX 78263-9731 | Woodbranch Highpoint, LLC<br>4265 San Felipe St Ste 550<br>Houston, TX 77027-3019 | Woodbranch Highpoint, LLC<br>c/o JEFF CARRUTH<br>Weycer, Kaplan, Pulaski & Zuber, P.C.<br>24 Greenway Plaza, Suite 2050<br>Houston, TX 77046-2445 |

```
Woodbranch Highpoint, LLC                Natalie F. Wilson
c/o Jeff Carruth                         Langley & Banack, Inc
Weycer, Kaplan, Pulaski & Zuber, P.C.    Trinity Plaza II, Suite 700
24 Greenway Plaza, #2050                 745 East Mulberry
Houston, TX 77046-2445                   San Antonio, TX 78212-3141
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Bexar County                             Facility Solutions Group Inc    Guaranteed Claim Funding LLC
c/o Don Stecker                          4401 Westgate Blvd. Ste 310     1000 Brickell Ave.
112 E. Pecan Street, Suite 2200          Austin, TX 78745                Suite 715, DPT 30044
San Antonio, TX  78205                                                   Miami, FL 33131
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Office Ally, LLC                      End of Label Matrix
c/o Gregory M. Taube                     Mailable recipients    91
Nelson Mullins Riley & Scarborough LLP   Bypassed recipients     1
201 17th Street NW, Suite 1700           Total                  92
Atlanta, GA 30363-1099
```

2321318.DOCX [3]