**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In re:** | § | Case No. 22-50929-mmp |
| | § | |
| **HIGHPOINTE LIFEHOPE SPE, LLC,** | § | |
| | § | Chapter 11 |
| Debtor. | § | |

**SAN ANTONIO PREVENTATIVE & DIAGNOSTIC MEDICINE, P.A.'S**
**NOTICE OF WITHDRAWAL OF ECF NO. 258 AS MOOT**

TO THE HONORABLE COURT:

San Antonio Preventative & Diagnostic Medicine, P.A. ("**SAPDM**") hereby files this Notice of Withdrawal of its *Unopposed Motion to Allow its Representative, Albert Mosqueda, M.D., to Testify via Webex at Hearing Scheduled for April 4, 2023* as Moot, and in support respectfully shows:

1. On April 3, 2023, SAPDM filed an *Unopposed Motion to Allow its Representative, Albert Mosqueda, M.D., to Testify via Webex at Hearing Scheduled for April 4, 2023* (ECF No. 258), requesting the Court allow Dr. Albert Mosqueda to testify via Webex at the hearing scheduled for April 4, 2023 in the above-captioned matter. Later that same date, SAPDM received written approval from Ms. Deanna Castleberry, Courtroom Deputy, for Dr. Mosqueda to testify at the hearing via Webex.

2. Accordingly, SAPDM now respectfully files this Notice of Withdrawal as Moot with regard to its *Unopposed Motion to Allow its Representative, Albert Mosqueda, M.D., to Testify via Webex at Hearing Scheduled for April 4, 2023* (ECF No. 258).

DATED: April 3, 2023.

                                Respectfully Submitted,

                                **DAVIS & SANTOS, PLLC**

By:   */s/ Landon M. Hankins*
        Caroline Newman Small
        State Bar No. 24056037
        E-mail: csmall@dslawpc.com
        Landon M. Hankins
        State Bar No. 24100924
        E-mail: lhankins@dslawpc.com
        719 S. Flores Street
        San Antonio, Texas 78204
        Telephone: (210) 853-5882
        Facsimile: (210) 200-8395

***Attorneys for Party-in-Interest San Antonio Preventive & Diagnostic Medicine, P.A.***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document will served by electronic (ECF) notice, or notice by mail, to the following parties:

| | |
|---|---|
| Natalie F. Wilson<br>Langley & Banack, Inc Trinity<br>Plaza II, Suite 700 745 East<br>Mulberry<br>San Antonio, TX 78212-3166<br>nwilson@langleybanack.com | Tara LeDay<br>Chamberlain Hrdlicka White Williams<br>1200 Smith St, Suite 1400<br>Houston, TX 77002<br>tara.leday@chamberlainlaw.com |
| Erin Coughlin Trial<br>Attorney<br>Texas State Bar No.: 24107740 615 E.<br>Houston St., Suite 533 San Antonio,<br>TX 78205 Erin.Coughlin@usdoj.gov | Leslie M. Luttrell<br>Luttrell + Carmody Law Group<br>100 N.E. Loop 410, Suite 615<br>San Antonio, TX 78216<br>luttrell@lclawgroup.net |
| Jeff Carruth<br>Weycer Kaplan Pulaski & Zuber, P.C. 24<br>Greenway Plaza, #2050<br>Houston, TX 77046<br>jcarruth@wkpz.com | Jay Ong<br>Munsch Hardt Kopf & Harr, P.C.<br>1717 West 6th Street<br>Suite 250<br>Austin, TX 78703 jong@munsch.com |
| Lisa C. Fancher Fritz Byrne, PLLC<br>221 W 6th St, Ste 960<br>Austin, TX 78701<br>lfancher@fritzbyrne.law | James David Rosenblatt Elena Serna<br>The Rosenblatt Law Firm, P.C.<br>16731 Huebner Road<br>San Antonio, TX 78248<br>james@rosenblattlawfirm.com<br>elena@rosenblattlawfirm.com |
| John A. Harris Robert P. Harris<br>QUARLES & BRADY LLP<br>One Renaissance Square Two North Central<br>Avenue Phoenix, AZ 85004-2391<br>john.harris@quarles.com<br>Robert.harris@quarles.com | Don Stecker<br>Linebarger Goggan Blair & Sampson Weston<br>Centre<br>112 E Pecan St, Suite 2200<br>San Antonio, TX 78205 don.stecker@lgbs.com |
| Kelly Viktorin<br>Armstrong Lee & Baker LLP 2800 North<br>Loop W Fwy.<br>Suite 900<br>Houston, TX 77092<br>kviktorin@armstronglee.com | Marcus Jermaine Watson Cantey Hanger LLP<br>Cantey Hanger Plaza<br>600 West 6th Street Suite 300<br>Fort Worth, TX 76102-3685<br>jwatson@canteyhanger.com |

| | |
|---|---|
| United States Trustee – SA 12<br>US Trustee's Office<br>615 E. Houston, Suite 533<br>San Antonio, Texas 78295-1601<br>USTPRegion07.SN.ECF@usdoj.gov | Gregory Michael Taube<br>Nelson, Mullins, Riley & Scarborough LLP<br>201 17th Avenue NW, Suite 1700<br>Atlanta, GA 30363<br>Greg.taube@nelsonmullins.com |
| Kate J. Skagerberg<br>Nelson, Mullins, Riley & Scarborough LLP<br>150 Fourth Avenue, North, Suite 1100<br>Nashville, TN 37219<br>Kate.skagerberg@nelsonmullins.com | Catherine M. G. Allen<br>Quarles & Brady LLP<br>1701 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20006-5805<br>Catherine.allen@quarles.com |

**By Mail to:**

| | |
|---|---|
| Highpoint Lifehope SPE, LLC<br>11680 Great Oaks Way, Suite 120<br>Alpharetta, GA 30022 | South Texas Radiology<br>PO Box 29441<br>San Antonio, TX 78229 |
| Small Business Financial Solutions Rapid Finance<br>4500 East West Highway, 6th Fl.<br>Bethesda, MD 20814 | Orion Client Services, LLC 17721<br>Rogers Ranch Pkwy Suite 100<br>San Antonio, TX 78258 |
| Flow Therapy Med-Tech Construction<br>2500 West Freeway Ste. 200<br>Ft Worth, TX 76102 | Homann Development Services<br>10722 Sentinel St.<br>San Antonio, TX 78217 |
| Lipscomb & Pitts Insurance<br>2670 Union Ave Extended<br>Suite 100<br>Memphis, TN 38112 | Family Endeavors, Inc. Attn: Accounting<br>6363 De Zavala Rd.<br>San Antonio TX 78249 |
| Bexar County Tax Assessor<br>P.O. Box 839950<br>San Antonio, TX 78283-3950 | MLC Landscaping Co, Inc.<br>14618 Jones Maltsberger Rd<br>San Antonio, TX 78247 |
| Newco Capital Group VI LLC 1<br>Whitehall Street Ste 200<br>New York, NY 10004 | Simplex Grinnell Johnson Controls Fire Proetec<br>Dept CH 10320<br>Palatine, IL 60055 |

| | |
|---|---|
| Transwestern Commercial Services<br>Attn Commission Accounting 2300<br>North Field St. Ste 2000<br>Dallas, TX 75201 | Lawton Commercial Services LP<br>PO Box 1179<br>McKinney TX 75070 |
| San Antonio Water System<br>PO Box 2990<br>San Antonio TX 78299-2990 | Marvin F. Poer & CO<br>PO Box 674300<br>Dallas TX 75267-4300 |
| AmeriTex Elevator Texas, LLC<br>12050 Crownpoint Dr.<br>San Antonio, TX 78233 | A.J. Monier Service O.<br>1446 N. Flores St.<br>San Antonio, TX 78212 |
| University Health Systems<br>4502 Medical Drive MS #107-1 San<br>Antonio, TX 78229 | Matera Paper Company Inc.<br>835 North WW White Rd<br>San Antonio, TX 78219 |
| Health Trust Workforce<br>9725 Datapoint Drive<br>San Antonio, Texas 78229 | Century Electric<br>5712 Mobud<br>San Antonio, TX 78238 |
| CT Corporation<br>PO Box 4349<br>Carol Stream, IL 60197-4349 | Catapult Health, LLC<br>5294 Belt Line Rd. Suite 200<br>Dallas, Texas 75254 |
| ICJ Group Services<br>9130 Warp Drive<br>San Antonio, Texas 78254 | Service Mechanical Group LLC<br>11011 Wye St.<br>San Antonio, Texas 78217 |

                                             */s/ Landon M. Hankins*
                                              Landon M. Hankins