# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 22−50929−mmp
Chapter No.: 11
Judge: Michael M Parker

IN RE: **Highpoint Lifehope SPE, LLC** , Debtor(s)

## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on **04/04/2023** was filed on **04/08/2023**. The following deadlines apply:

The parties have until **April 17, 2023** to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is **May 1, 2023**.

If a request for redaction is filed, the redacted transcript is due **May 9, 2023**.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is **July 7, 2023** unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber **Exceptional Reporting Services, Inc. 361 949−2988**, or you may view the document at the clerk's office public terminal.

Dated: 4/10/23

Barry D. Knight
Clerk, U. S. Bankruptcy Court
BY: Roxanne H Mujica

[Notice of Filing of Transcript and of Deadlines Related to Restriction and Redaction (BK)] [NtcftddlrrBKap] ]