**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

Dated: July 17, 2023.

_____
**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **HIGHPOINT LIFEHOPE SPE, LLC,** | **Case No. 22-50929-mmp** |
| **Debtor** | |

### ORDER GRANTING DEBTOR'S FIRST OMNIBUS MOTION TO ASSUME UNEXPIRED LEASES UNDER WHICH DEBTOR IS LANDLORD

**CAME ON** for consideration the *First Omnibus Motion to Assume Unexpired Leases Under Which Debtor Is Landlord* ("**Motion**") filed by Highpoint Lifehope SPE, LLC, Debtor and Debtor-in-Possession in the above-captioned case ("**Debtor**").

The Court, having considered the Motion, any objections thereto, the evidence and testimony elicited at the hearing on the Motion, the record in this case, and the argument and representation of counsel the Court finds that: (a) it has jurisdiction over the Motion pursuant to 28 U.S.C. § 1334 and the Standing Order of Reference; (b) consideration of the Motion is a core

1

proceeding pursuant to 28 U.S.C. §157; (c) notice of the Motion was appropriate; and (d) the legal and factual basis set forth in the Motion establish just cause to grant the relief requested in the Motion. Accordingly, it is

**ORDERED** that the relief requested in the Motion is GRANTED as modified herein; it is further

**ORDERED** that the Tenant Leases set forth on Exhibit 1 hereto are assumed; it is further

**ORDERED** that the allowed cure payments and conditions of assumption for certain leases are modified as followed:

A. **Qualfon Group** was owed a cure payment in the amount of $62,029.30 for post-petition expenses incurred for janitorial services. Per agreement with the Debtor, this cure payment was effectuated through reduced rental payments from December 2022 to March 2023. The amount has been cured in full. Late fees in the amount of $5,591.40 demanded by the Debtor have been waived pursuant to this agreement.

B. **Office Ally.** The lease will be assumed, but modified as follows. Office Ally will pay rent in the amount of $41,741 per month through August 31, 2023. Office Ally will vacate the premises by July 31, 2023, and the Lease will be terminated effective July 31, 2023. Office Ally will pay the Debtor a one-time termination fee of $25,000 by July 31, 2023. Upon completion of the terms of this agreement, neither Office Ally nor the Debtor will have any remaining obligations under the Lease to each other or to any other party in interest in this bankruptcy case. Office Ally will withdraw its objection to the Motion and its Motion for Relief from Automatic Stay.

C. **San Antonio Preventative & Diagnostic Medicine ("SAPDM")**. The lease will be assumed but modified as follows. The lease termination date will be modified to

December 31, 2023. SAPDM will pay its normal monthly lease rent through December 31, 2023. SAPDM may vacate the premises any time before December 31, 2023, but vacating the premises will not relieve SAPDM of its rent obligations through December 31, 2023. SAPDM will pay a lease termination fee of $175,000 in two payments -- $87,500 due within 14 days of entry of this order and $87,500 due to Debtor or its assignee prior to December 31, 2023. SAPDM may extend its lease through March 31, 2024 by notifying Debtor or its assignee of its election to exercise the option (including the length of the extension) in writing on or before September 30, 2023. SAPDM will withdraw its objection to the Motion and will not object to any sale motion, disclosure statement, or chapter 11 plan filed by the Debtor. SAPDM and Debtor mutually release any and all other claims they may have against each other accruing prior to the entry of this Order.

D. **Lydia Security Monitoring, Inc. ("Lydia")**. Pursuant to the Agreed Order Approving Administrative Expenses [Dkt. 113], Lydia has an allowed administrative claim in the amount of $6,958.48. Lydia's lease will be assumed and the cure amount will be paid from the proceeds of the sale of Debtor's assets, more specifically, the $100,000 carve out set forth in the Amended Sale Procedures Order, or otherwise through a plan of reorganization as approved by the Court. It is further

**ORDERED** that the assignment of the Tenant Leases to the purchaser of Debtor's real property assets will be subject to further order of this Court in conjunction with the anticipated Sale Hearing.

**It is so Ordered.**

### #


Order prepared by

LANGLEY & BANACK, INC.

*/s/ Natalie F. Wilson*

NATALIE F. WILSON
State Bar No. 24076779
nwilson@langleybanack.com
745 E. Mulberry, Ste 700
San Antonio, Texas 78212
Telephone: (210) 736-6600
Facsimile: (210) 735-6889

**COUNSEL FOR DEBTOR**


APPROVED AND AGREED TO


Luttrell + Carmody Law Group

By: */s/ Morris E. "Trey" White III* (with permission)
Morris E. "Trey" White III
Of Counsel
100 NE Loop 410 #615
San Antonio, Texas 78216
210-426-3588 (direct)
twhite@lclawgroup.net


NELSON, MULLINS, RILEY & SCARBOROUGH LLP

*/s/ Kathryn Skagerberg* (with permission)
Kathryn Skagerberg
Texas Bar No. 24058578
150 Fourth Avenue, North, Suite 1100
Nashville, TN  37219
kate.skagerberg@nelsonmullins.com
(615) 664-5300
(615) 664-5399

Gregory M. Taube
GA State Bar No. 699166
(Admitted *Pro Hac Vice*)
201 17th Avenue NW, Suite 1700

4

4860-1477-6943, v. 1

Atlanta, GA 30363
Email: greg.taube@nelsonmullins.com
Telephone: (404) 322-6144
Facsimile: (404) 322-6050

**COUNSEL FOR OFFICE ALLY, INC.**
.

**DAVIS & SANTOS, PLLC**

By: */s/ Caroline Newman Small* (with permission)
    Caroline Newman Small
    Texas State Bar No. 24056037
    Email: *csmall@dslawpc.com*
    719 S. Flores Street
    San Antonio, Texas 78204
    Tel: (210) 853-5882
    Fax: (210) 200-8395

*Attorney for SAPDM*

**ROSENBLATT LAW FIRM**
16731 Huebner Road
San Antonio, Texas 78248
Telephone: (210) 562-2900
Facsimile: (210) 562-2929
Elena@RosenblattLawFirm.com

By: */s/Elena P. Serna* (with permission)
  Elena P. Serna
  State Bar No. 24072335

**Attorney for Lydia Security Monitoring, Inc.**

4860-1477-6943, v. 1

**EXHIBIT 1**

| Tenant | Tower | Suite | Start Date | Termination Date | Cure Amount |
|---|---|---|---|---|---|
| Charles Guitierrez PhD, Ltd, LLP | 1 | 301 | 1-Feb-2018 | MTM | $0.00 |
| CPR 123, Inc. | 2 | 120 | 1-Feb-2014 | 31-Oct-2023 | $0.00 |
| Flow Therapy | 1 | 400 | 1-Jul-2022 | 30-Jun-2037 | $0.00 |
| Genoa Healthcare LLC | 1 | 150 | 1-Jul-2022 | 30-Jun-2037 | $0.00 |
| Highpoint I SA Medical Chapel | 1 | 100 | 1-Aug-2021 | 31-Jul-2120 | $0.00 |
| Highpoint II SA Medical Chapel | 2 | 100 | 1-Jan-2022 | 31-Dec-2121 | $0.00 |
| Highpoint Internal Medicine | 1 | 130 | 1-Jul-2022 | 30-Jun-2037 | $0.00 |
| HPM Mgmt Office | 2 | 1000 | 1-Jul-2022 | 30-Jun-2037 | $0.00 |
| iKare Medical Management | 1 | 900 | 1-Apr-2019 | 31-Jul-2031 | $0.00 |
| Integrated Medical Lab Group, LLC | 1 | 400 | 1-Feb-2019 | 31-Jan-2034 | $0.00 |
| Lydia Security Monitoring, Inc. | 2 | 500 | 1-Jan-2016 | 31-Mar-2024 | $6,958.48 |
| Mittere Inc DBA Physical & Hydrotherapy | 1 | 150 | 1-Jun-2022 | 31-May-2037 | $0.00 |
| Mittere Inc DBA Weightloss & Wellness Counselling | 1 | 1000 | 1-Mar-2019 | 28-Feb-2028 | $0.00 |
| North Point Cardiology Associates, LLC | 1 | 300 | 1-Jun-2021 | 31-May-2036 | $0.00 |
| Office Ally, Inc. | 2 | 800 | 1-Jan-2017 | 31-Jul-2023 | $0.00 |
| Qualfon Data Services Group* | 2 | 200 | 1-May-2014 | 31-Aug-2024 | $0.00 |
| Qualfon Data Services Group | 2 | 210 | 1-May-2014 | 31-Aug-2024 | $0.00 |
| Qualfon Data Services Group | 2 | 300 | 1-May-2014 | 31-Aug-2024 | $0.00 |
| Qualfon Data Services Group | 2 | 400 | 1-May-2014 | 31-Aug-2024 | $0.00 |
| SA High Performance Medical Integration | 2 | 600 | 1-Jun-2022 | 31-May-2037 | $0.00 |
| SA Infrared Therapy | 2 | 400 | 29-Jun-2021 | 28-Jun-2036 | $0.00 |
| SA JV Headache Pain Clinic | 1 | 500 | 1-Jul-2022 | 30-Jun-2037 | $0.00 |
| SA Kinesiology, LLC | 2 | 210 | 1-Jun-2021 | 31-May-2036 | $0.00 |
| SA Professional Practitioners, LLC | 2 | 410 | 1-Jun-2021 | 31-May-2036 | $0.00 |
| SA Physical Therapy, LLC | 2 | 200 | 4-Aug-2021 | 3-Aug-2036 | $0.00 |
| SA Radiology Associates | 1 | B150 | 1-Jan-2019 | 31-Dec-2033 | $0.00 |
| SA Spine | 1 | 700 | 1-Nov-2016 | MTM | $0.00 |
| SA Sport Specific Training | 2 | 610 | 1-Jun-2022 | 31-May-2037 | $0.00 |
| San Antonio Catching Point Surgical & Clinic, LLC | 1 | 200 | 1-Feb-2019 | 31-Jan-2034 | $0.00 |
| San Antonio Preventative & Diagnostics | 1 | 401 | 1-Nov-2017 | 31-Oct-2026 | $0.00 |
| Smile Brands, Inc. | 2 | 1020 | 1-Nov-2017 | 29-Feb-2024 | $0.00 |
| SWEGS Development | 2 | 900 | 1-Jun-2022 | 31-May-2037 | $0.00 |
| Texas Surgical Team, LLC | 1 | 600 | 1-Jun-2021 | 31-May-2036 | $0.00 |

*Cure payments made in full via rent offset