# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 22–50929–mmp
Chapter No.: 11
Judge: Michael M Parker

IN RE: **Highpoint Lifehope SPE, LLC**, Debtor(s)

## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on **4/26/23** was filed on **7/28/23**. The following deadlines apply:

The parties have until **August 4, 2023** to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is **August 18, 2023**.

If a request for redaction is filed, the redacted transcript is due **August 28, 2023**.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is **October 26, 2023** unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber **Exceptional Reporting Services, Inc. (361) 949–2988**, or you may view the document at the clerk's office public terminal.

Dated: 7/31/23

                                                    Barry D. Knight
                                                    Clerk, U. S. Bankruptcy Court
                                                    BY: Alma H. Sosa

[Notice of Filing of Transcript and of Deadlines Related to Restriction and Redaction (BK)] [NtcftddlrrBKap] ]