# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 22−50929−mmp
Chapter No.: 11
Judge: Michael M Parker

IN RE: **Highpoint Lifehope SPE, LLC**, Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at    San Antonio Courtroom 1, Hipolito F. Garcia Fed Bldg & Courthouse, 615 E. Houston St., San Antonio, TX 78205

on    **11/1/23 at 09:30 AM**

Hearing to Consider and Act Upon the Following: (IF TIME ESTIMATE EXCEEDS 20 MINUTES, PLEASE E−MAIL DEANNA CASTLEBERRY AT: deanna_castleberry@txwb.uscourts.gov.)(Related Document(s): 356 Interim Application for Compensation, Fees $107,774.50, Expenses $6,086.82, For December 1, 2022 To August 31, 2023 filed by Natalie F. Wilson for Attorney Langley & Banack, Inc. Hearing Scheduled For 11/1/2023 at 9:30 AM at SA Courtroom 1 (Castleberry, Deanna)

Dated: 10/18/23

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)]** [NtchrgBKap20]