# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 22−50929−mmp
Chapter No.: 11
Judge: Michael M Parker

IN RE: **Highpoint Lifehope SPE, LLC**, Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at  San Antonio Courtroom 1, Hipolito F. Garcia Fed Bldg & Courthouse, 615 E. Houston St., San Antonio, TX 78205

on  **11/1/23 at 09:30 AM**

Hearing to Consider and Act Upon the Following: (IF TIME ESTIMATE EXCEEDS 20 MINUTES, PLEASE E−MAIL DEANNA CASTLEBERRY AT: deanna_castleberry@txwb.uscourts.gov.) (Related Document(s): 359 Joint Motion for Order (I) Approving Settlement Agreement Between Debtor and Capital One, National Association, and (II) Granting Related Relief filed by Natalie F. Wilson for Debtor Highpoint Lifehope, SPE, LLC. and Robert P. Harris for Creditor Capital One, National Association. Hearing Scheduled For 11/1/2023 at 9:30 AM at SA Courtroom 1. (Castleberry, Deanna)

Dated: 10/22/23

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)]** [NtchrgBKapac]